# MINUTES

CASE NUMBER: CV 12-00263LEK-KSC

CASE NAME: State of Hawaii v. JP Morgan Chase & Co. et al

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 10/26/2012                    TIME:

COURT ACTION: EO: The Court grants Counsel's request to file a single memorandum in opposition to all of the motions to remand in the various cases, with a word limit of 10,000 words. Plaintiff may file a single reply, with a word limit of 5,000 words.

Submitted by: Theresa Lam, Courtroom Manager