IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>        Plaintiff,<br><br>  vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>        Defendants. | CIVIL NO.  12-00263 LEK-KSC (Other Civil Action)<br><br>**DECLARATION OF COUNSEL; EXHIBITS 1-6**<br><br>*Hearing:* November 19, 2012<br>*Time:*    9:45 a.m.<br>*Judge:*   Hon. Leslie E. Kobayashi |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>        Plaintiff,<br><br>  vs.<br><br>HSBC BANK NEVADA, N.A., HSBC CARD SERVICES, INC., and DOE DEFENDANTS 1-20,<br><br>        Defendants. | CIVIL NO.  12-00266 LEK-KSC (Other Civil Action)<br><br>**DECLARATION OF COUNSEL; EXHIBITS 1-6**<br><br>*Hearing:* November 19, 2012<br>*Time:*    9:45 a.m.<br>*Judge:*   Hon. Leslie E. Kobayashi |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE BANK (USA) N.A., CAPITAL ONE SERVICES, LLC, and DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | CIVIL NO.  12-00268 LEK-KSC<br>(Other Civil Action)<br><br>**DECLARATION OF COUNSEL; EXHIBITS 1-6**<br><br>*Hearing: November 19, 2012*<br>*Time:　　9:45 a.m.*<br>*Judge:　　Hon. Leslie E. Kobayashi* |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, DFS SERVICES, L.L.C., AMERICAN BANKERS MANAGEMENT COMPANY, INC., and DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | CIVIL NO.  12-00269 LEK-KSC<br>(Other Civil Action)<br><br>**DECLARATION OF COUNSEL; EXHIBITS 1-6**<br><br>*Hearing: November 19, 2012*<br>*Time:　　9:45 a.m.*<br>*Judge:　　Hon. Leslie E. Kobayashi* |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>           Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., and DOE DEFENDANTS 1-20,<br><br>           Defendants. | CIVIL NO. 12-00270 LEK-KSC (Other Civil Action)<br><br>**DECLARATION OF COUNSEL; EXHIBITS 1-6**<br><br>*Hearing: November 19, 2012*<br>*Time:    9:45 a.m.*<br>*Judge:   Hon. Leslie E. Kobayashi* |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>           Plaintiff,<br><br>   vs.<br><br>CITIGROUP INC., CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, and DOE DEFENDANTS 1-20,<br><br>           Defendants. | CIVIL NO. 12-00271 LEK-KSC (Other Civil Action)<br><br>**DECLARATION OF COUNSEL; EXHIBITS 1-6**<br><br>*Hearing: November 19, 2012*<br>*Time:    9:45 a.m.*<br>*Judge:   Hon. Leslie E. Kobayashi* |

DECLARATION OF COUNSEL

1. I am one of the attorneys for JPMorgan Chase & Co. and Chase Bank USA, N.A. (collectively "Chase") in Civil No. 12-00263 LEK-KSC.

2. I am licensed to practice law before all courts of the State of Hawaiʻi.

3. I have personal knowledge of the matters stated herein, except as to matters stated upon information and belief.

4. Attached as Exhibit 1 is a true and correct copy of the Declaration of Marc Fink filed in *State of Hawaii, Ex. Rel. David M. Louie, Attorney General v. JPMorgan Chase & Co., et al.* as Document No. 1-10 on May 17, 2012.

5. Attached as Exhibit 2 is the Declaration of Mona Jantzi filed in *State of Hawaiʻi, Ex Rel. David M. Louie, Attorney General v. Capital One Bank (USA) N.A., et al.* as Document No. 1-1 on May 18, 12.

6. Attached as Exhibit 3 is the Declaration of Eric Choltus filed in *State of Hawaiʻi ex rel. David M. Louis, Attorney General v. Bank of America Corporation, et al.,* as Document 1-7 on May 18, 2012.

7. Attached as Exhibit 4 is The Class Action Fairness Act of 2005, Senate Rep. 109-14, 109th Congress.

Case 1:12-cv-00263-LEK-KSC   Document 75-1   Filed 10/29/12   Page 5 of 5   PageID #: 2242

5

8. Attached as Exhibit 5 are excerpts from the legislative history relating to Hawaii Revised Statutes Chapter 480, specifically excerpts from 1980 Haw. Sess. Laws. Act 69 and 1987 Haw. Sess. Laws Act 274.

9. Attached as Exhibit 6 are excerpts from the legislative history relating to Hawaii Revised Statutes Chapter 480, specifically excerpts from H. Conf. Comm. Rep. No. 104 on H.B. No. 1525; H. Stand. Comm. Rep. 1118 on S.B. No. 1320; H. Stand. Comm. SCRep. 1188 on S.B. No. 1270; S. Conf. Comm. Rep. No. 105 on H.B. No. 1525; and S. Stand. Comm. Report No. 971-80 on H.B. No. 2668-80.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Honolulu, Hawai'i, October 29, 2012.

/s/ Thomas Benedict
THOMAS BENEDICT