IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | CIVIL NO.  12-00263 LEK-KSC (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　　I HEREBY CERTIFY that on the dates and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| Name | E-Mail Address | Date |
|---|---|---|
| Patrick F. McTernan | pmcternan@croninfried.com | |
| John P. Manaut | Jpm@carlsmith.com | |
| Margery S. Bronster | mbronster@bhhawaii.net | |
| L. Richard Fried, Jr. | rfried@croninfried.com | |
| Kunio Kuwabe | kkuwabe@objectionsustained.com | |
| Patricia J. McHenry | pmchenry@cades.com | |

4092119.1

1

| Name | E-Mail Address | Date |
|---|---|---|
| Andrew L. Pepper | apepper@bhhawaii.net | |
| Gail Y. Cosgrove | gcosgrove@objectionsustained.com | |
| Michael C. Bird | mbird@wik.com | |
| James F. McCabe | jmccabe@mofo.com | |
| William K. Shultz | wshultz@cades.com | |
| Michael Purpura | mpurpura@carlsmith.com | |
| Lindsay N. McAneeley | lmcaneeley@carlsmith.com | |
| William Matsujiro Harstad | wharstad@carlsmith.com | |
| Jason Sung-Hyuk Yoo | jsyoo@stroock.com | |
| Tracey Lynn Kubota | tkubota@wik.com | |
| Michael J. Scanlon | mscanlon@carlsmith.com | |
| Summer H.M. Fergerstrom | sfergerstrom@wik.com | |
| Scott M. Pearson | spearson@stroock.com | |
| Julia B. Strickland | jstrickland@stroock.com | |
| Emily Johnson Henn | ehenn@cov.com | |
| Andrew Soukup | asoukup@cov.com | |
| Robert D. Wick | rwick@cov.com | |
| J. Burton LeBlanc, IV | bleblanc@baronbudd.com | |
| Laura J. Baughman | lbaughman@baronbudd.com | |
| S. Ann Saucer | asaucer@baronbudd.com | |
| David W. Moon | dmoon@stroock.com | |

**Served by First Class Mail:**

Christopher R. Lipsett
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

David L. Permut
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC  20001

Edward Sherwin
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

James R. McGuire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

Kenneth J. Grunfeld
Golomb& Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102

Richard M. Golomb
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102

Robert W. Trenchard
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

DATED: Honolulu, Hawaiʻi, October 29, 2012.

/s/ Thomas Benedict
THOMAS BENEDICT
ROBERT D. WICK *(Pro Hac Vice)*
EMILY JOHNSON HENN
*(Pro Hac Vice)*
ANDREW SOUKUP *(Pro Hac Vice)*

Attorneys for Defendants
JPMORGAN CHASE & CO. AND
CHASE BANK USA, N.A.