BARON & BUDD, P.C.
LAURA J. BAUGHMAN, ESQ. *(Pro Hac Vice)*
J. BURTON LeBLANC, IV, ESQ. *(Pro Hac Vice)*
S. ANN SAUCER, ESQ. *(Pro Hac Vice)*
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605/Fax: 214-520-1181
lbaughman@baronbudd.com
bleblanc@baronbudd.com
asaucer@baronbudd.com

Of Counsel:
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.   0764-0
PATRICK F. McTERNAN   4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel.: 808-524-1433/Fax: 808-536-2073
rfried@croninfried.com
pmcternan@croninfried.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; CHASE BANK USA, N.A.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO..: CV12-00263 LEK- KSC (Other Civil Action)<br><br>**DECLARATION OF PATRICK F. McTERNAN**<br><br>*Hearing: November 19, 2012*<br>*Time: 9:45 a.m.*<br>*Judge: Hon. Leslie E. Kobayashi* |

1

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00266 LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.; CAPITAL ONE SERVICES, LLC; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00268 LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC.; DISCOVER BANK; DFS SERVICES, L.L.C.; AMERICAN BANKERS MANAGEMENT COMPANY, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00269 LEK-KSC<br>(Other Civil Action) |

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A. and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00270 LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A. DEPARTMENT STORES NATIONAL BANK and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00271 LEK-KSC<br>(Other Civil Action) |

PATRICK F. McTERNAN hereby declares as follows:

1. I am one of the attorneys for Plaintiff in this case.

2. I am licensed to practice law before all courts in the State of Hawaii.

3. I have personal knowledge of the matters stated here, except as to matters stated upon information and belief, and as to those matters I believe them to be true and correct after reasonable inquiry.

4. Upon information and belief, attached hereto as Exhibit A is a true and correct copy of an order of the United States District Court, the Middle District

3

of Florida, in *Spinelli v. Capital One Bank, USA, et al.*, No. 8:08-cv-00132, Dkt. 253 (M.D. Fla. Aug. 22, 2012).

5. Upon information and belief, attached hereto as Exhibit B is a true and correct copy of an order of the Circuit Court of Mason County, West Virginia, in *West Virginia, ex rel. McGraw v. JPMorgan Chase & Co. et al.*, No. 11-C-94-N *et al.* (Cir. Ct. Mason Cty, W. Va. Oct. 17, 2012).

Under penalty of perjury, the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawai'i, November 5, 2012.



PATRICK F. McTERNAN