BARON & BUDD, P.C.
LAURA J. BAUGHMAN, ESQ. *(Pro Hac Vice)*
J. BURTON LeBLANC, IV, ESQ. *(Pro Hac Vice)*
S. ANN SAUCER, ESQ. *(Pro Hac Vice)*
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605/Fax: 214-520-1181
lbaughman@baronbudd.com
bleblanc@baronbudd.com
asaucer@baronbudd.com

Of Counsel:
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.   0764-0
PATRICK F. McTERNAN   4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel.: 808-524-1433/Fax: 808-536-2073
rfried@croninfried.com
pmcternan@croninfried.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; CHASE BANK USA, N.A.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO..: CV12-00263 LEK- KSC (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>*Hearing: November 19, 2012*<br>*Time: 9:45 a.m.*<br>*Judge: Hon. Leslie E. Kobayashi* |

1

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00266 LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.; CAPITAL ONE SERVICES, LLC; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00268 LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC.; DISCOVER BANK; DFS SERVICES, L.L.C.; AMERICAN BANKERS MANAGEMENT COMPANY, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00269 LEK-KSC<br>(Other Civil Action) |

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A. and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00270 LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A. DEPARTMENT STORES NATIONAL BANK and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00271 LEK-KSC<br>(Other Civil Action) |

THIS IS TO CERTIFY that on November 5, 2012 I caused to be electronically filed the following documents with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record, listed below.

1. Plaintiff's Reply in Support of Motions to Remand; and

2. Declaration of Patrick F. McTernan in Support of Plaintiff's Reply.

**Attorneys for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.**
Robert D. Wick
Andrew James Soukup
**Covington & Burling, LLP**
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-622-5066
Fax: 202-778-5066
Email: rwick@cov.com
          asoukup@cov.com

**Attorney for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.**
Emily Johnson Henn
**Covington & Burling, LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Fax: 650-632-4800
Email: ehenn@cov.com

**Attorney for Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.**
Thomas Benedict
**Goodsill Anderson Quinn & Stifel, LLP**
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: 808-547-5600
Fax: 808-547-5800
Email: tbenedict@goodsill.com

**Attorneys for HSBC Bank Nevada, N.A. and HSBC Card Services, Inc.**
Michael C. Bird
Summer H.M. Fergerstrom
Tracey Lynn Kubota
**Watanabe Ing & Komeiji LLP**
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813
Tel.: 808-544-8300
Fax: 808-544-8399
Email: mbird@wik.com
          sfergerstrom@wik.com
          tkubota@wik.com

| | |
|---|---|
| **Attorneys for HSBC Bank Nevada, N.A. and HSBC Card Services, Inc.**<br>Julia B. Strickland<br>David W. Moon<br>Jason Sung-Hyuk Yoo<br>**Stroock & Stroock & Lavan LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Tel.: 310-556-5800<br>Fax: 310-556-5959<br>Email: jstrickland@stroock.com<br>         dmoon@stroock.com<br>         jsyoo@stroock.com | **Attorneys for Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC.**<br>Margery S. Bronster<br>Andrew L. Pepper<br>**Bronster Hoshibata**, ALC<br>2300 Pauahi Tower<br>1003 Bishop St<br>Honolulu, HI 96813<br>Tel.: 808-524-5644<br>Fax: 808-599-1881<br>Email: mbronster@bhhawaii.net<br>         apepper@bhhawaii.net |
| **Attorneys for Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC.**<br>James F. McCabe<br>James R. McGuire<br>**Morrison & Foerster LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>Email: jmccabe@mofo.com<br>         jmcguire@mofo.com | **Attorneys for Discover Financial Services, Inc.; Discover Bank; DFS Services, L.L.C.**<br>Julia B. Strickland<br>Scott M. Pearson<br>Jason Sung-Hyuk Yoo<br>**Stroock & Stroock & Lavan LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067<br>(310) 556-5800<br>Fax: (310) 556-5959<br>Email: jstrickland@stroock.com<br>         spearson@stroock.com<br>         jsyoo@stroock.com |

**Attorneys for Discover Financial Services, Inc.; Discover Bank; DFS Services, L.L.C.**
John P. Manaut
Lindsay N. McAneeley
William Matsujiro Harstad
**Carlsmith Ball LLP**
American Savings Bank Tower
1001 Bishop St., Ste. 2200
Honolulu, HI 96813
Tel: 808-523-2500
Fax: 808-523-0842
Email: jpm@carlsmith.com
lmcaneeley@carlsmith.com
wharstad@carlsmith.com

**Attorneys for Bank of America Corporation and FIA Card Services, N.A.**
Patricia J. McHenry
William K. Shultz
**Cades Schutte**
1000 Bishop St., 12th Flr.
Honolulu, HI 96813-4216
Tel: 808-521-9200
Fax: 808-521-9210
Email: pmchenry@cades.com
wshultz@cades.com

**Attorneys for American Bankers Management Company, Inc.**
Gail Y. Cosgrove
Kunio Kuwabe
**Hisaka Stone Goto Yoshida Cosgrove & Ching**
Mauka Tower
737 Bishop St Ste 3000
Honolulu, HI 96813
Tel: 808-523-0451
Fax: 808-524-0422
Email: gcosgrove@objectionsustained.com
kkuwabe@objectionsustained.com

**Attorneys for Bank of America Corporation and FIA Card Services, N.A.**
David L. Permut
**Goodwin Procter LLP**
901 New York Avenue NW
Washington, DC 20001
Tel: 202-346-4000
Fax: 202-346-4444
Email: dpermut@goodwinprocter.com

| | |
|---|---|
| **Attorneys for Citibank N.A.; Citigroup, Inc. and Department Stores National Bank** | **Attorneys for Citibank N.A.; Citigroup, Inc. and Department Stores National Bank** |
| Michael Purpura | Christopher R. Lipsett |
| Michael J. Scanlon | Robert W. Trenchard |
| **Carlsmith Ball LLP** | Edward Sherwin |
| American Savings Bank Tower | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| 1001 Bishop St., Ste. 2200 | 399 Park Ave. |
| Honolulu, HI 96813 | New York, NY 10022 |
| Tel: 808-523-2500 | Tel.: 212-230-880 |
| Fax: 808-523-0842 | Fax: 212-230-8888 |
| Email: mpurpura@carlsmith.com | Email: chris.lipsett@wilmerhale.com |
| mscanlon@carlsmith.com | robert.trenchard@wilmerhale.com |
| | edward.sherwin@wilmerhale.com |

Date: November 5, 2012        By: _____

CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.  0764-0
PATRICK F. McTERNAN 4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel.: 808-524-1433/Fax: 808-536-2073
rfried@croninfried.com
pmcternan@croninfried.com