**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT         5018-0
   *tbenedict@goodsill.com*
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

**COVINGTON & BURLING LLP**

ROBERT D. WICK *(Pro Hac Vice)*
   *rwick@cov.com*
ANDREW SOUKUP *(Pro Hac Vice)*
   *asoukup@cov.com*
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

EMILY JOHNSON HENN *(Pro Hac Vice)*
   *ehenn@cov.com*
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Attorney for Defendants
JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>          Plaintiff, | CIVIL NO. 12-00263 LEK-KSC (Other Civil Action)<br><br>DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION |

4115367.1

| | |
|---|---|
| vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>           Defendants. | WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42] ; DECLARATION OF COUNSEL; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>*Hearing on Motions to Remand*<br>*Date:* November 19, 2012<br>*Time:* 9:45 a.m.<br>*Judge:* Hon. Leslie E. Kobayashi<br><br>Related Cases:<br>*State of Hawai'i v. HSBC Bank Nevada, N.A., et al.*<br>Civil No. 12-00266 LEK-KSC<br>*State of Hawai'i v. Capital One Bank (USA), et al.*<br>Civil No. 12-00268 LEK-KSC<br>*State of Hawai'i v. Discover Financial Services, et al.*<br>Civil No. 12-00269 LEK-KSC<br>*State of Hawai'i v. Bank of America Corporation, et al.*<br>Civil No 12-00270 LEK-KSC<br>*State of Hawai'i v. Citigroup Inc., et al.*<br>Civil No. 12-00271 LEK-KSC<br><br>Trial Dates: Not Set |

DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42]

Defendants JPMORGAN CHASE & CO. and CHASE BANK USA, N.A., by and through their attorneys, respectfully move *ex parte*, on behalf of Chase and all Defendants in the civil actions referenced above, for expedited determination without hearing of Defendants' motion for leave to file Defendants' Joint Sur-Reply in Further Opposition to Plaintiff's Motions to Remand and for Costs and Fees Filed June 15, 2012 [Doc Nos. 37-42].

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rules 6.2(c) of the Local Rules of Practice for the United States District Court for the District of Hawai'i, and is supported by the Declaration of Counsel attached hereto.

DATED: Honolulu, Hawai'i, November 14, 2012.

/s/ Thomas Benedict
THOMAS BENEDICT
ROBERT D. WICK *(Pro Hac Vice)*
EMILY JOHNSON HENN
*(Pro Hac Vice)*
ANDREW SOUKUP *(Pro Hac Vice)*

Attorneys for Defendants
JPMORGAN CHASE & CO. AND
CHASE BANK USA, N.A.