**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT          5018-0
 tbenedict@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

**COVINGTON & BURLING LLP**

ROBERT D. WICK *(Pro Hac Vice)*
 rwick@cov.com
EMILY JOHNSON HENN *(Pro Hac Vice)*
 ehenn@cov.com
ANDREW SOUKUP *(Pro Hac Vice)*
 asoukup@cov.com
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

Attorney for Defendants
JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE | CIVIL NO. 12-00263 LEK-KSC (Other Civil Action)<br><br>**DEFENDANTS' JOINT MOTION TO FILE SUR-REPLY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:* 9:45 a.m.<br>*Judge:* Hon. Leslie E. Kobayashi |

**EXHIBIT A**

| | |
|---|---|
| DEFENDANTS 1-20,<br><br>        Defendants. | |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>        Plaintiff,<br><br>vs.<br><br>HSBC BANK NEVADA, N.A., HSBC CARD SERVICES, INC., and DOE DEFENDANTS 1-20,<br><br>        Defendants. | CIVIL NO. 12-00266 LEK-KSC (Other Civil Action)<br><br>**DEFENDANTS' JOINT MOTION TO FILE SUR-REPLY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>*Hearing:*  *November 19, 2012*<br>*Time:*     *9:45 a.m.*<br>*Judge:*   *Hon. Leslie E. Kobayashi* |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A., CAPITAL ONE SERVICES, LLC, and DOE DEFENDANTS 1-20,<br><br>        Defendants. | CIVIL NO. 12-00268 LEK-KSC (Other Civil Action)<br><br>**DEFENDANTS' JOINT MOTION TO FILE SUR-REPLY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>*Hearing:*  *November 19, 2012*<br>*Time:*     *9:45 a.m.*<br>*Judge:*   *Hon. Leslie E. Kobayashi* |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>            Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, DFS SERVICES, L.L.C., AMERICAN BANKERS MANAGEMENT COMPANY, INC., and DOE DEFENDANTS 1-20,<br><br>            Defendants. | CIVIL NO. 12-00269 LEK-KSC (Other Civil Action)<br><br>**DEFENDANTS' JOINT MOTION TO FILE SUR-REPLY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:* 9:45 a.m.<br>*Judge:* Hon. Leslie E. Kobayashi |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., and DOE DEFENDANTS 1-20,<br><br>            Defendants. | CIVIL NO. 12-00270 LEK-KSC (Other Civil Action)<br><br>**DEFENDANTS' JOINT MOTION TO FILE SUR-REPLY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:* 9:45 a.m.<br>*Judge:* Hon. Leslie E. Kobayashi |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITIGROUP INC., CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, and DOE DEFENDANTS 1-20,<br><br>　　　　　　　Defendants. | CIVIL NO. 12-00271 LEK-KSC<br>(Other Civil Action)<br><br>**DEFENDANTS' JOINT MOTION TO FILE SUR-REPLY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>*Hearing:* November 19, 2012<br>*Time:*　　9:45 a.m.<br>*Judge:*　　Hon. Leslie E. Kobayashi |

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE SUR-REPLY

Defendants CAPITAL ONE BANK (USA) NA ("COB") and CAPITAL ONE SERVICES, LLC, CITIGROUP, INC., CITIBANK, N.A. ("Citibank"), and DEPARTMENT STORES NATIONAL BANK; JPMORGAN CHASE & CO. and CHASE BANK USA, N.A. ("Chase"); DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK ("Discover"), and DFS SERVICES, LLC; BANK OF AMERICA CORP. and FIA CARD SERVICES, NA ("FIA"); and HSBC BANK NEVADA, N.A. ("HSBC") and HSBC CARD SERVICES, INC. respectfully request leave to file a short sur-reply to address a new argument raised for the first time in Plaintiff's reply brief.

In further support of this motion, Defendants state as follows:

4

1.    Beginning on May 17, 2012, Defendants removed these cases to this Court. Certain defendants attached to their notices of removal declarations that provided supporting evidence demonstrating why this Court had jurisdiction over the actions. *See, e.g.*, No. 12-cv-263, Doc. 1-10 (Chase); No. 12-cv-268, Doc. 1-1 (Capital One); No. 12-cv-270, Doc. 1-7 (FIA).

2.    Plaintiff filed motions to remand these actions to state court on June 15, 2012. Oral argument on those motions is scheduled for November 19, 2012.

3.    In his opening memoranda in support of his motions to remand, Plaintiff never argued that this Court could not consider Defendants' declarations for purposes of determining whether this Court had jurisdiction over the action.

4.    Defendants filed a joint opposition memoranda on October 29, 2012. *See* Doc. 75.

5.    Plaintiff filed a joint reply memorandum on November 5, 2012. *See* Doc. 78. The Attorney General raised a new argument for the first time on reply, arguing that "it would constitute a violation of the well-pleaded complaint rule for the Court to consider evidence extrinsic to the Complaints in order to find federal question subject matter jurisdiction." *Id.* at 16-17.

6.    Under Local Rule 7.4, "[a]ny argument raised for the first time in the reply shall be disregarded." To the extent this Court considers the Attorney

5

General's new argument, however, Defendants request leave to file a short sur-reply memorandum explaining why, under settled Ninth Circuit law, this Court may consider the declarations attached to Defendants' notices of removal. The proposed sur-reply is attached hereto as Exhibit 1.

7. Counsel for Chase has met-and-conferred with the Attorney General, who opposes this motion.

8. This motion is made in the interest of justice and not for any improper purpose or to cause undue delay.

Wherefore, this Court should permit Defendants to file the attached sur-reply memorandum to respond to Plaintiff's new argument on reply.

DATED: Honolulu, Hawai'i, November 14, 2012.

/s/ Thomas Benedict
THOMAS BENEDICT
ROBERT D. WICK *(Pro Hac Vice)*
EMILY JOHNSON HENN
*(Pro Hac Vice)*
ANDREW SOUKUP *(Pro Hac Vice)*

Attorneys for Defendants
JPMORGAN CHASE & CO. AND
CHASE BANK USA, N.A.

/s/ Andrew L. Pepper
ANDREW L. PEPPER
MARGERY S. BRONSTER
JAMES F. MCCABE *(Pro Hac Vice)*
JAMES R. MCGUIRE *(Pro Hac Vice)*

Attorneys for Defendants
CAPITAL ONE BANK (USA), N.A.
AND CAPITAL ONE SERVICES, LLC


/s/ Michael Purpura
MICHAEL PURPURA
MICHAEL J. SCANLON
EDWARD SHERWIN *(Pro Hac Vice)*
ROBERT W. TRENCHARD *(Pro Hac Vice)*

Attorneys for Defendants
CITIGROUP INC., CITIBANK, N.A.,
AND DEPARTMENT STORES
NATIONAL BANK


/s/ John P. Manaut
JOHN P. MANAUT
LINDSAY N. MCANEELEY
WILLIAM MATSUJIRO HARSTAD
JASON SUNG-HYUK YOO
JULIA B. STRICKLAND *(Pro Hac Vice)*

Attorneys for Defendants
DISCOVER FINANCIAL SERVICES,
INC., DISCOVER BANK, AND DFS
SERVICES, L.L.C.

/s/ Patricia J. McHenry
PATRICIA J. MCHENRY
WILLIAM K. SHULTZ
DAVID L. PERMUT *(Pro Hac Vice)*

Attorneys for Defendants
BANK OF AMERICA
CORPORATION AND FIA CARD
SERVICES, N.A.


/s/ Michael C. Bird
MICHAEL C. BIRD
SUMMER H.M. FERGERSTROM
TRACEY LYNN KUBOTA
JASON SUNG-HYUK YOO
DAVID W. MOON *(Pro Hac Vice)*
JULIA B. STRICKLAND *(Pro Hac Vice)*

Attorneys for Defendants
HSBC BANK NEVADA, N.A. AND
HSBC CARD SERVICES, INC.