**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT            5018-0
   *tbenedict@goodsill.com*
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

**COVINGTON & BURLING LLP**

ROBERT D. WICK *(Pro Hac Vice)*
   *rwick@cov.com*
ANDREW SOUKUP *(Pro Hac Vice)*
   *asoukup@cov.com*
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

EMILY JOHNSON HENN *(Pro Hac Vice)*
   *ehenn@cov.com*
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Attorney for Defendants
JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>            Plaintiff, | CIVIL NO.  12-00263 LEK-KSC (Other Civil Action)<br><br>ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR |

| | |
|---|---|
| vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>        Defendants. | EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42], FILED ON NOVEMBER 14, 2012 [DOC. NO. 83]<br><br>*Hearing on Motions to Remand*<br>*Date:*    *November 19, 2012*<br>*Time:*    *9:45 a.m.*<br>*Judge:*    *Hon. Leslie E. Kobayashi*<br><br>Related Cases:<br>*State of Hawaiʻi v. HSBC Bank Nevada, N.A., et al.,*<br>Civil No. 12-00266 LEK-KSC<br>*State of Hawaiʻi v. Capital One Bank (USA), et al.*<br>Civil No. 12-00268 LEK-KSC<br>*State of Hawaiʻi v. Discover Financial Services, et al.*<br>Civil No. 12-00269 LEK-KSC<br>*State of Hawaiʻi v. Bank of America Corporation, et al.*<br>Civil No 12-00270 LEK-KSC<br>*State of Hawaiʻi v. Citigroup Inc., et al.*<br>Civil No. 12-00271 LEK-KSC<br><br>Trial Dates: Not Set |

ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42], FILED ON <u>NOVEMBER 14, 2012 [DOC. NO. 83]</u>

This Court, having reviewed Defendants JP:Morgan Chase & Co. and Chase Bank USA, N.A.'s ("Chase") *Ex Parte* Motion For Expedited Determination Without Hearing of Defendants' Motion for Leave To File Defendants' Joint Sur-Reply In Further Opposition To Plaintiff's Motions To Remand And For Costs And Fees Filed June 15, 2012 [Doc. Nos. 37-42], filed herein as Document No. 83 on November 14, 2012, submitted on behalf of Chase and all Defendants in the Civil actions referenced above, and good cause appearing therefor,

IT IS HEREBY ORDERED that said *Ex Parte* Motion is GRANTED and Chase and all Defendants may file Defendants' Joint Sur-Reply In Further Opposition To Plaintiff's Motions To Remand And For Costs And Fees Filed June 15, 2012 [Doc. Nos. 37-42] **not to exceed 5 (five) pages**.

/

/

/

/

/

Dated:  Honolulu, Hawai'i, November 15, 2012.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

STATE OF HAWAI'I, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL v. JPMORGAN CHASE & CO., et al. Civil No. 12-00263 LEK-KSC

(ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42])

Related Cases:
*State of Hawai'i v. HSBC Bank Nevada, N.A., et al.,* Civil No. 12-00266 LEK-KSC
*State of Hawai'i v. Capital One Bank (USA), et al.,* Civil No. 12-00268 LEK-KSC
*State of Hawai'i v. Discover Financial Services, et al.,* Civil No. 12-00269 LEK-KSC
*State of Hawai'i v. Bank of America Corporation, et al.,* Civil No 12-00270 LEK-KSC
*State of Hawai'i v. Citigroup Inc., et al.,* Civil No. 12-00271 LEK-KSC