CADES SCHUTTE LLP

PATRICIA J. MCHENRY      4267-0
W. KEONI SHULTZ          7467-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:  pmchenry@cades.com
        wshultz@cades.com

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br>vs.<br><br>JPMORGAN CHASE & CO.; CHASE BANK USA, N.A.; and DOE DEFENDANTS, 1-20,<br><br>Defendants. | CIVIL NO. CV12-00263-LEK-KSC<br>(Other Civil Action)<br><br><br>ORDER GRANTING THE APPLICATION OF PATRICK S. THOMPSON TO APPEAR PRO HAC VICE |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br>vs.<br><br>HSBC BANK NEVADA, N.A., HSBC CARD SERVICES, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. CV12-00266-LEK-KSC<br>(Other Civil Action) |

ImanageDB:2249381.1

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br>vs.<br><br>CAPITAL ONE BANK (USA) N.A.; CAPITAL ONE SERVICES, LLC; and DOE DEFENDANTS, 1-20,<br><br>Defendants. | CIVIL NO. 12-00268-LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INCL; DISCOVER BANK; DFS SERVICES, L.L.C.; AMERICAN BANKERS MANAGEMENT COMPANY, INC.; and DOE DEFENDANTS, 1-20,<br><br>Defendants. | CIVIL NO. 12-00269-LEK-KSC<br>(Other Civil Action) |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., and DOE DEFENDANTS, 1-20,<br><br>Defendants. | CIVIL NO. CV12-00270-LEK-KSC<br>(Other Civil Action) |

- 3 -

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITIGROUP INC.; CITIBANK, N.A. DEPARTMENT STORES NATIONAL BANK and DOE DEFENDANTS, 1-20,<br><br>            Defendants. | CIVIL NO. 12-00271-LEK-KSC<br>(Other Civil Action) |

# ORDER GRANTING THE APPLICATION OF
# PATRICK S. THOMPSON TO APPEAR PRO HAC VICE

On November 9, 2012, Defendants Bank of America Corporation and FIA Card Services, N.A. filed the Application of Patrick S. Thompson to Appear Pro Hac Vice.  The Court finds that the Application satisfies the requirements set forth in Rule 83.1(e) of the Local Rules of Practice of the United States District Court for the District of Hawaii.  Accordingly, the Court GRANTS the Application of Patrick S. Thompson to appear before this Court in the above-entitled action.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 16, 2012.



Kevin S.C. Chang
United States Magistrate Judge

ORDER GRANTING THE APPLICATION OF PATRICK S. THOMPSON TO APPEAR PRO HAC VICE; State of Hawaii ex. rel. David M. Louie, Attorney General vs. JPMorgan Chase & Co., et al.; CV12-00263-LEK-KSC;

ImanageDB:2249381.1