BARON & BUDD, P.C.
J. BURTON LeBLANC, ESQ. (*Pro Hac Vice*)
LAURA BAUGHMAN, ESQ. (*Pro Hac Vice*)
S. ANN SAUCER, ESQ.  (*Pro Hac Vice*)
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219-4281
Telephone:  (214) 521-3605

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.   0764-0
PATRICK F. McTERNAN   4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1433
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A., and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00263 LEK-KSC<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTIONS TO CONSOLIDATE CASES [Doc. No. 31]<br><br>HEARING<br>DATE:   December 19, 2012<br>TIME:    9:30 a.m.<br>JUDGE:  Magistrate Judge<br>            Kevin S. C. Chang<br><br>No trial date has been set. |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK NEVADA, N.A., HSBC CARD SERVICES, INC. and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00266 RLP<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTIONS TO CONSOLIDATE CASES [Doc. No. 15]<br><br>HEARING<br>DATE:  December 19, 2012<br>TIME:  9:30 a.m.<br>JUDGE: Magistrate Judge<br>            Kevin S. C. Chang<br><br>No trial date has been set. |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A., CAPITAL ONE SERVICES, LLC, and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00268 LEK-KSC<br>(Other Civil Action)<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTIONS TO CONSOLIDATE CASES [Doc. No. 14]<br><br>HEARING<br>DATE:  December 19, 2012<br>TIME:  9:30 a.m.<br>JUDGE: Magistrate Judge<br>            Kevin S. C. Chang<br><br>No trial date has been set. |

Case 1:12-cv-00263-LEK-KSC   Document 88   Filed 11/20/12   Page 3 of 4   PageID #: 2543

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, DFS SERVICES, L.L.C., ASSURANT, INC., and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00269 DAE-RLP<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTIONS TO CONSOLIDATE CASES [Doc. No. 23]<br><br>HEARING<br>DATE:  December 19, 2012<br>TIME:  9:30 a.m.<br>JUDGE:  Magistrate Judge Kevin S. C. Chang<br><br>No trial date has been set. |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A., and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00270 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTIONS TO CONSOLIDATE CASES [Doc. No. 13]<br><br>HEARING<br>DATE:  December 19, 2012<br>TIME:  9:30 a.m.<br>JUDGE:  Magistrate Judge Kevin S. C. Chang<br><br>No trial date has been set. |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL, | CIVIL NO. 12-00271 ACK-RLP<br>(Other Non-Vehicle Tort) |

|  |  |
|---|---|
| Plaintiff, | ) PLAINTIFF'S NOTICE OF |
|  | ) WITHDRAWAL WITHOUT |
| vs. | ) PREJUDICE OF PLAINTIFF'S |
|  | ) MOTIONS TO CONSOLIDATE |
| CITIGROUP INC., CITIBANK, N.A., | ) CASES [Doc. No. 16] |
| DEPARTMENT STORES NATIONAL | ) |
| BANK, and DOE DEFENDANTS 1-20, | ) HEARING |
|  | ) DATE:  December 19, 2012 |
| Defendants. | ) TIME:  9:30 a.m. |
|  | ) JUDGE: Magistrate Judge |
|  | )           Kevin S. C. Chang |
|  | ) |
|  | ) No trial date has been set. |
|  | ) |

## PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTIONS TO CONSOLIDATE CASES

Comes now Plaintiff, by and through its attorneys, and hereby withdraws without prejudice its various motions to consolidate the above-captioned reassigned cases for purposes of resolving the issue of remand of the actions to state court [Doc. No. 31 in Civil No. 12-00263; Doc. No. 15 in Civil No. 12-00266; Doc. No. 14 in Civil No. 12-00268; Doc. No. 23 in Civil No. 12-00269; Doc. No. 13 in Civil No. 12-00270; and Doc. No. 16 in Civil No. 12-00271].

DATED: Honolulu, Hawai'i, December 20, 2012.

L. RICHARD FRIED, JR.
PATRICK F. MCTERNAN
Attorneys for Plaintiff