

FIRST CLASS MAIL
US POSTAGE PAID
HONOLULU, HI
PERMIT# 1732

OCR Reject

L1-80

40781211115-153943

EDWAR
ROBER
WILMER CUTLER PICKERING HALE AND DORR LLP
399 PARK AVE
NE
NIXIE

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 27 2012
3:05 pm
DISTRICT OF HAWAII
CV 12-263 LEK-KSC

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK
OFFICIAL BUSINESS

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT          5018-0
    *tbenedict@goodsill.com*
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

**COVINGTON & BURLING LLP**

ROBERT D. WICK *(Pro Hac Vice)*
    *rwick@cov.com*
ANDREW SOUKUP *(Pro Hac Vice)*
    *asoukup@cov.com*
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

EMILY JOHNSON HENN *(Pro Hac Vice)*
    *ehenn@cov.com*
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Attorney for Defendants
JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL, <br><br>            Plaintiff, | CIVIL NO.  12-00263 LEK-KSC (Other Civil Action) <br><br> ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR |

vs.

JPMORGAN CHASE & CO., CHASE
BANK USA, N.A. AND DOE
DEFENDANTS 1-20,

          Defendants.

EXPEDITED DETERMINATION
WITHOUT HEARING OF
DEFENDANTS' MOTION FOR
LEAVE TO FILE DEFENDANTS'
JOINT SUR-REPLY IN FURTHER
OPPOSITION TO PLAINTIFF'S
MOTIONS TO REMAND AND FOR
COSTS AND FEES FILED JUNE 15,
2012 [DOC. NOS. 37-42], FILED ON
NOVEMBER 14, 2012 [DOC. NO. 83]

_**Hearing on Motions to Remand**_
_**Date:**_    _**November 19, 2012**_
_**Time:**_    _**9:45 a.m.**_
_**Judge:**_   _**Hon. Leslie E. Kobayashi**_

Related Cases:
_State of Hawai'i v. HSBC Bank Nevada,_
_N.A., et al.,_
Civil No. 12-00266 LEK-KSC
_State of Hawai'i v. Capital One Bank_
_(USA), et al._
Civil No. 12-00268 LEK-KSC
_State of Hawai'i v. Discover Financial_
_Services, et al._
Civil No. 12-00269 LEK-KSC
_State of Hawai'i v. Bank of America_
_Corporation, et al._
Civil No 12-00270 LEK-KSC
_State of Hawai'i v. Citigroup Inc., et al._
Civil No. 12-00271 LEK-KSC


Trial Dates:  Not Set

2

ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND
CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED
DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION
FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER
OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS
AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42], FILED ON
NOVEMBER 14, 2012 [DOC. NO. 83]

This Court, having reviewed Defendants JP:Morgan Chase & Co. and

Chase Bank USA, N.A.'s ("Chase") *Ex Parte* Motion For Expedited Determination

Without Hearing of Defendants' Motion for Leave To File Defendants' Joint

Sur-Reply In Further Opposition To Plaintiff's Motions To Remand And For Costs

And Fees Filed June 15, 2012 [Doc. Nos. 37-42], filed herein as Document No. 83

on November 14, 2012, submitted on behalf of Chase and all Defendants in the

Civil actions referenced above, and good cause appearing therefor,

IT IS HEREBY ORDERED that said *Ex Parte* Motion is GRANTED

and Chase and all Defendants may file Defendants' Joint Sur-Reply In Further

Opposition To Plaintiff's Motions To Remand And For Costs And Fees Filed

June 15, 2012 [Doc. Nos. 37-42] **not to exceed 5 (five) pages.**

/

/

/

/

/

3

Dated:  Honolulu, Hawaiʻi, November 15, 2012.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

STATE OF HAWAIʻI, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL v. JPMORGAN CHASE & CO., et al. Civil No. 12-00263 LEK-KSC

(ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42])

Related Cases:
*State of Hawaiʻi v. HSBC Bank Nevada, N.A., et al.,* Civil No. 12-00266 LEK-KSC
*State of Hawaiʻi v. Capital One Bank (USA), et al.,* Civil No. 12-00268 LEK-KSC
*State of Hawaiʻi v. Discover Financial Services, et al.,* Civil No. 12-00269 LEK-KSC
*State of Hawaiʻi v. Bank of America Corporation, et al.,* Civil No 12-00270 LEK-KSC
*State of Hawaiʻi v. Citigroup Inc., et al.,* Civil No. 12-00271 LEK-KSC

## Orders on Motions

1:12-cv-00263-LEK-KSC State of Hawaii v. JP Morgan Chase & Co. et al

### U.S. District Court

### District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 11/15/2012 at 10:53 AM HST and filed on 11/15/2012

**Case Name:**      State of Hawaii v. JP Morgan Chase & Co. et al
**Case Number:**    1:12-cv-00263-LEK-KSC
**Filer:**
**Document Number:** 84

## Docket Text:

ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42], FILED ON NOVEMBER 14, 2012 [DOC. NO. [83]]. Signed by JUDGE LESLIE E. KOBAYASHI on 11/15/2012. *re: Motions to Remand* [37] [38] [39] [40] [41] [42]. (afc)

---

CERTIFICATE OF SERVICE

Par___ ___stered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

1:12-cv-00263-LEK-KSC Notice has been electronically mailed to:

Patrick F. McTernan pmcternan@croninfried.com, cfskf@croninfried.com, cfskffedct@gmail.com, fedct@___ninfried.com, glorias@croninfried.com

John P. N___ ___aut Jpm@carlsmith.com, bsaunders@carlsmith.com

Margery S. Bronster mbronster@bhhawaii.net, cindy@bhhawaii.net

L. Richard Fried, Jr rfried@croninfried.com, cfskf@croninfried.com, cfskffedct@gmail.com, fedct@croninfried.com, lisao@croninfried.com

Kunio Kuwabe kkuwabe@objectionsustained.com, mtamaru@objectionsustained.com

Patricia J. McHenry pmchenry@cades.com, dpermut@goodwinprocter.com, klazarev@goodwinprocter.com, loshiro@cades.com, pthompson@goodwinprocter.com, shurvitz@goodwinprocter.com

Andrew L. Pepper apepper@bhhawaii.net, jo@bhhawaii.net, tess@bhhawaii.net

Gail Y. Cosgrove gcosgrove@objectionsustained.com

Michael C. Bird mbird@wik.com, fsoares@wik.com

Thomas Benedict tbenedict@goodsill.com, pho@goodsill.com

James F. McCabe jmccabe@mofo.com, ggerrish@mofo.com, lweissbein@mofo.com, sarahdavis@mofo.com

William K. Shultz wshultz@cades.com, acoloma@cades.com

Michael Purpura mpurpura@carlsmith.com, chris.lipsett@wilmerhale.com, edward.sherwin@wilmerhale.com, lgd@carlsmith.com, mwebber@carlsmith.com, noah.levine@wilmerhale.com, robert.trenchard@wilmerhale.com, szablan@carlsmith.com

Lindsay N. McAneeley lmcaneeley@carlsmith.com, bsaunders@carlsmith.com

William Matsujiro Harstad wharstad@carlsmith.com, rhatchie@carlsmith.com

Jason Sung-Hyuk Yoo jsyoo@stroock.com

Tracey Lynn Kubota tkubota@wik.com

Michael J Scanlon mscanlon@carlsmith.com, szablan@carlsmith.com

Summer H.M. Fergerstrom sfergerstrom@wik.com, fsoares@wik.com

Scott M. Pearson spearson@strook.com

Julia B. Strickland jstrickland@stroock.com, lacalendar@stroock. com

Emily Johnson Henn ehenn@cov.com, mcanalita@cov.com

Andrew Soukup asoukup@cov.com

Robert D. Wick rwick@cov.com

J. Burton LeBlanc, IV bleblanc@baronbudd.com

Laura J. Baughman lbaughman@baronbudd.com

S. Ann Saucer asaucer@baronbudd.com

David W. Moon dmoon@stroock.com

**1:12-cv-00263-LEK-KSC Notice will not be electronically mailed to:**

Christopher R. Lipsett
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007

David L. Permut
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001

Edward Sherwin
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave
New York, NY 10022

James R. McGuire
Morrison & Foerster LLP
425 Market St
San Francisco, CA 94105-2482

Kenneth J. Grunfeld

Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

Richard M. Golomb
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

Robert W. Trenchard
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave
New York, NY 10022

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=11/15/2012] [FileNumber=1411131-
0] [7eea7b7e3040d2f4e526ff363bc8629dccbb46de37e40d04e20d40e026b92ff5fb
91cb691f8c97cb7c97a1629172bb444dee9b30c7d6571c1599c7a8a9c8e84e]]