BARON & BUDD, P.C.
LAURA J. BAUGHMAN, ESQ. *(Pro Hac Vice)*
J. BURTON LeBLANC, IV, ESQ. *(Pro Hac Vice)*
S. ANN SAUCER, ESQ. *(Pro Hac Vice)*
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605/Fax: 214-520-1181
lbaughman@baronbudd.com
bleblanc@baronbudd.com
asaucer@baronbudd.com

Of Counsel:
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.  0764-0
PATRICK F. McTERNAN   4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel.: 808-524-1433/Fax: 808-536-2073
rfried@croninfried.com
pmcternan@croninfried.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; CHASE BANK USA, N.A.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO..: CV12-00263 LEK- KSC (Other Civil Action)<br><br>**MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PROCEEDINGS; MEMORANDUM IN SUPPORT**<br><br>Hearing Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00266 LEK-KSC (Other Civil Action)<br><br>**MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PROCEEDINGS; MEMORANDUM IN SUPPORT**<br><br>Hearing Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.; CAPITAL ONE SERVICES, LLC; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00268 LEK-KSC (Other Civil Action)<br><br>**MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PROCEEDINGS; MEMORANDUM IN SUPPORT**<br><br>Hearing Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC.; DISCOVER BANK; DFS SERVICES, L.L.C.; AMERICAN BANKERS MANAGEMENT COMPANY, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00269 LEK-KSC (Other Civil Action)<br><br>**MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PROCEEDINGS; MEMORANDUM IN SUPPORT**<br><br>Hearing Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |

| | |
|---|---|
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A. and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00270 LEK-KSC<br>(Other Civil Action)<br><br>**MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PROCEEDINGS; MEMORANDUM IN SUPPORT**<br><br>Hearing Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |
| STATE OF HAWAII, *ex rel.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A. DEPARTMENT STORES NATIONAL BANK and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00271 LEK-KSC<br>(Other Civil Action)<br><br>**MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PROCEEDINGS; MEMORANDUM IN SUPPORT**<br><br>Hearing Date:<br>Time:<br>Judge: The Honorable Leslie E. Kobayashi |

Comes now Plaintiff David M. Louie, Attorney General for the State of Hawaii, on behalf of the State of Hawaii, and moves this Court, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Title 28, United States Code § 1292(b), for an Order certifying this Court's Order Denying Plaintiff's Motion for Remand and for Costs and Fees for appeal to the Ninth Circuit Court of Appeals, and staying the proceedings in these six related cases pending the outcome of such appeal.

This motion is based upon the memorandum of authorities attached hereto, the pleadings and record in this case, and such further evidence and argument as may be presented.

DATED: Honolulu, Hawai`i, December 10, 2012.

RESPECTFULLY SUBMITTED,

CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
L. RICHARD FRIED, JR. 0764-0
PATRICK F. McTERNAN 4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel.: 808-524-1433/Fax: 808-536-2073
rfried@croninfried.com
pmcternan@croninfried.com

BARON & BUDD, P.C.
LAURA J. BAUGHMAN, ESQ.
*(Admitted Pro Hac Vice)*
J. BURTON LeBLANC, IV, ESQ.
*(Admitted Pro Hac Vice)*
S. ANN SAUCER, ESQ.
*(Admitted Pro Hac Vice)*
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605/Fax: 214-520-1181
lbaughman@baronbudd.com
bleblanc@baronbudd.com
asaucer@baronbudd.com

Attorneys for Plaintiff