IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. 12-00263 LEK-KSC<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| Name | E-Mail Address | Date |
|---|---|---|
| Patrick F. McTernan | pmcternan@croninfried.com | 12/27/12 |
| John P. Manaut | Jpm@carlsmith.com | 12/27/12 |
| Margery S. Bronster | mbronster@bhhawaii.net | 12/27/12 |
| L. Richard Fried, Jr. | rfried@croninfried.com | 12/27/12 |
| Kunio Kuwabe | kkuwabe@objectionsustained.com | 12/27/12 |
| Patricia J. McHenry | pmchenry@cades.com | 12/27/12 |

| Name | E-Mail Address | Date |
| --- | --- | --- |
| Andrew L. Pepper | apepper@bhhawaii.net | 12/27/12 |
| Gail Y. Cosgrove | gcosgrove@objectionsustained.com | 12/27/12 |
| Michael C. Bird | mbird@wik.com | 12/27/12 |
| James F. McCabe | jmccabe@mofo.com | 12/27/12 |
| William K. Shultz | wshultz@cades.com | 12/27/12 |
| Michael Purpura | mpurpura@carlsmith.com | 12/27/12 |
| Lindsay N. McAneeley | lmcaneeley@carlsmith.com | 12/27/12 |
| William Matsujiro Harstad | wharstad@carlsmith.com | 12/27/12 |
| Jason Sung-Hyuk Yoo | jsyoo@stroock.com | 12/27/12 |
| Tracey Lynn Kubota | tkubota@wik.com | 12/27/12 |
| Michael J. Scanlon | mscanlon@carlsmith.com | 12/27/12 |
| Summer H.M. Fergerstrom | sfergerstrom@wik.com | 12/27/12 |
| Scott M. Pearson | spearson@stroock.com | 12/27/12 |
| Julia B. Strickland | jstrickland@stroock.com | 12/27/12 |
| Emily Johnson Henn | ehenn@cov.com | 12/27/12 |
| Andrew Soukup | asoukup@cov.com | 12/27/12 |
| Robert D. Wick | rwick@cov.com | 12/27/12 |
| J. Burton LeBlanc, IV | bleblanc@baronbudd.com | 12/27/12 |
| Laura J. Baughman | lbaughman@baronbudd.com | 12/27/12 |
| S. Ann Saucer | asaucer@baronbudd.com | 12/27/12 |
| David W. Moon | dmoon@stroock.com | 12/27/12 |

**Served by First Class Mail:**

David L. Permut
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC  20001

James R. McGuire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

Kenneth J. Grunfeld
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

Richard M. Golomb
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

DATED: Honolulu, Hawai'i, December 27, 2012.

/s/ Thomas Benedict
_____
THOMAS BENEDICT
ROBERT D. WICK *(Pro Hac Vice)*
ANDREW SOUKUP *(Pro Hac Vice)*

Attorneys for Defendants
JPMORGAN CHASE & CO. AND
CHASE BANK USA, N.A.