# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 12-00263LEK-KSC <br> CIVIL NO. 12-00266LEK-KSC <br> CIVIL NO. 12-00268LEK-KSC <br> CIVIL NO. 12-00269LEK-KSC <br> CIVIL NO. 12-00270LEK-KSC <br> CIVIL NO. 12-00271LEK-KSC <br> [Related Cases] |
| CASE NAME: | State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. JPMorgan Chase & Co., et al. <br> State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. HSBC Bank Nevada, NA, HSBC Card Services Inc. <br> State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. Capital One Bank (USA) N.A., Capital One Services, LLC <br> State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. Discovery Financial Services, Inc., et al. <br> State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. Bank of America Corporation, et al. <br> State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. Citigroup Inc., et al. |
| ATTYS FOR PLA: | L. Richard Fried, Jr. <br> Patrick F. McTernan <br> S. Ann Saucer <br> Stephen H. Levins |
| ATTYS FOR DEFT: | Thomas Benedict <br> Sunny Lee <br> J. Mitchell Webber <br> Jason Sung-Hyuk Yoo <br> William Matsujiro Harstad <br> Kunio Kuwabe <br> William K. Shultz <br> Michael Purpura <br> Michael J. Scanlon |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Katherine Eismann |
| DATE: | 1/18/2013 | TIME: | 10:00-10:32 |

COURT ACTION:   EP: Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings.

Arguments heard.  Motion taken under Advisement.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager