**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT            5018-0
   *tbenedict@goodsill.com*
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

**COVINGTON & BURLING LLP**

ROBERT D. WICK *(Pro Hac Vice)*
   *rwick@cov.com*
ANDREW SOUKUP *(Pro Hac Vice)*
   *asoukup@cov.com*
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

EMILY JOHNSON HENN *(Pro Hac Vice)*
   *ehenn@cov.com*
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Attorney for Defendants
JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>            Plaintiff, | CIVIL NO. 12-00263 LEK-KSC (Other Civil Action)<br><br>NOTICE OF CHANGE OF LAW FIRM ADDRESS; CERTIFICATE OF SERVICE |

4255069.1

| | |
|---|---|
| vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>        Defendants. | No trial date has been set. |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>        Plaintiff,<br><br>vs.<br><br>HSBC BANK NEVADA, N.A., HSBC CARD SERVICES, INC., and DOE DEFENDANTS 1-20<br><br>        Defendants. | CIVIL NO. 12-00266 LEK-KSC<br>(Other Non-Vehicle Tort)<br><br><br>No trial date has been set. |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A., CAPITAL ONE SERVICES, LLC, and DOE DEFENDANTS 1-20<br><br>        Defendants. | CIVIL NO. 12-00268 LEK-KSC<br>(Other Civil Action)<br><br><br>No trial date has been set. |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, DFS SERVICES, L.L.C., ASSURANT, INC. and DOE DEFENDANTS 1-20<br><br>Defendants. | CIVIL NO. 12-00269 LEK-KSC<br>(Other Non-Vehicle Tort)<br><br><br><br>No trial date has been set. |
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A., and DOE DEFENDANTS 1-20<br><br>Defendants. | CIVIL NO. 12-00270 LEK-KSC<br>(Other Non-Vehicle Tort)<br><br><br><br>No trial date has been set. |

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>             Plaintiff,<br><br>   vs.<br><br>CITIGROUP INC., CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, and DOE DEFENDANTS 1-20<br><br>             Defendants. | CIVIL NO. 12-00271 LEK-KSC<br>(Other Non-Vehicle Tort)<br><br><br><br><br>No trial date has been set. |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

PLEASE TAKE NOTICE that effective February 16, 2013, the new address for GOODSILL ANDERSON QUINN & STIFEL, A Limited Liability Law Partnership LLP, is as follows:

> GOODSILL ANDERSON QUINN & STIFEL
> A Limited Liability Law Partnership LLP
> THOMAS BENEDICT
> First Hawaiian Center, Suite 1600
> 999 Bishop Street
> Honolulu, Hawai'i 96813

4

DATED: Honolulu, Hawaiʻi, February 28, 2013.

/s/ Thomas Benedict
THOMAS BENEDICT
ROBERT D. WICK
*(Pro Hac Vice)*
EMILY JOHNSON HENN
*(Pro Hac Vice)*
ANDREW SOUKUP
*(Pro Hac Vice)*
**Attorneys for Defendants**
**JPMORGAN CHASE & CO. and**
**CHASE BANK USA, N.A.**
**Civil No. 12-00263 LEK-KSC**