FILED

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF HAWAII, ex. rel. David M. Louie, Attorney General,<br><br>        Plaintiff - Petitioner,<br><br> v.<br><br>JP MORGAN CHASE & CO.; et al.,<br><br>        Defendants - Respondents. | No. 13-80018<br><br>D.C. No. 1:12-cv-00263-LEK-KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: GRABER and N.R. SMITH, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

KN/MOATT