UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII, ex. rel. David M. Louie, Attorney General,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JP MORGAN CHASE & CO.; CHASE BANK USA, N.A.; HSBC BANK NEVADA, N.A., Defendant in 1:12-cv-00266-LEK-KSC; HSBC CARD SERVICES, INC., Defendant in 1:12-cv-00266-LEK-KSC; CAPITAL ONE BANK (USA), N.A., Defendant in 1:12-cv-00268-LEK-KSC; CAPITAL ONE SERVICES, LLC, Defendant in 1:12-cv-00268-LEK-KSC; DISCOVER FINANCIAL SERVICES, INC., Defendant in 1:12-cv-00269-LEK-KS; DISCOVER BANK, Defendant in 1:12-cv-00269-LEK-KSC; DFS SERVICES, L.L.C., Defendant in 1:12-cv-00269-LEK-KSC; AMERICAN BANKERS MANAGEMENT COMPANY, INC., a Florida corporation - Defendant in 1:12-cv-00269-LEK-KSC; BANK OF AMERICA CORPORATION, Defendant in 1:12-cv-00270-LEK-KSC; FIA CARD SERVICES, N.A., Defendant in 1:12-cv-00270-LEK-KSC; CITIGROUP INC., Defendant in 1:12-cv-00271-LEK-KSC; CITIBANK, N.A., Defendant in 1:12-cv- | No. 13-15611<br><br>D.C. No. 1:12-cv-00263-LEK-KSC<br>U.S. District Court for Hawaii, Honolulu<br><br>**TIME SCHEDULE ORDER** |

00271-LEK-KSC; DEPARTMENT
STORES NATIONAL BANK,
Defendant in 1:12-cv-00271-LEK-KSC;
DOE, 1-20,

       Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., April 9, 2013** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Wed., May 1, 2013** | Transcript shall be ordered. |
| **Fri., May 31, 2013** | Transcript shall be filed by court reporter. |
| **Wed., July 10, 2013** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Fri., August 9, 2013** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk