# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 5, 2013

To All Counsel of Record as Appellees:

IN RE:   State of Hawaii, ex rel. David M. Louie, Attorney General vs. JPMorgan Chase & Co

9CCA Case No. 13-15611

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Interlocutory Appeal was processed by the 9th Circuit Court of Appeals on April 1, 2013. Parties to the interlocutory appeal in 9CCA case number 13-15611 are those parties named in U.S. District Court for the District of Hawaii Civil case numbers 12-00263-LEK-KSC, 12-00266-LEK-KSC, 12-00268-LEK-KSC, 12-00269-LEK-KSC, 12-00270-LEK-KSC and 12-00271-LEK-KSC. The interlocutory appeal has been entered--and will be managed-- in Civil case 12-00263-LEK-KSC.

    All counsel and/or parties should read and follow the enclosed instructions. Thank You.

                            Sincerely Yours,

                            SUE BEITIA, CLERK

                            by: /s/ Anna F. Chang
                                Deputy Clerk

cc:   Clerk, 9th CCA notified via ECF

    Appeal Instructions, Transcript Letter, Designation and Ordering Form & Docket Sheet ("Appeal Packet") transmitted electronically to the e-mail addresses listed on the Notice of Electronic Filing (NEF) for all Counsel of Record who are Registered Participants of CM/ECF. Non-registered participants served this date by first class mail.

   re: Circuit Rule 5-1.Civil Appeals Docketing Statement in Appeals by Permission under FRAP 5
~ ABROGATED 12/1/09. ~