APPEAL,JMSREC,LEADTR,STAYED

# U.S. District Court
# District of Hawaii (Hawaii)
# CIVIL DOCKET FOR CASE #: 1:12-cv-00263-LEK-KSC

| | |
|---|---|
| State of Hawaii v. JP Morgan Chase & Co. et al | Date Filed: 05/17/2012 |
| Assigned to: JUDGE LESLIE E. KOBAYASHI | Jury Demand: None |
| Referred to: JUDGE KEVIN S.C. CHANG | Nature of Suit: 430 Banks and Banking |
| Case in other court: 9CCA, 13-15611 | Jurisdiction: Federal Question |
| Cause: 28:1441 Petition for Removal - Fair Credit Reporting Act | |

**Plaintiff**

| | | |
|---|---|---|
| **State of Hawaii**<br>*ex. rel. David M. Louie, Attorney General* | represented by | **L. Richard Fried , Jr.**<br>Cronin Fried Sekiya Kekina & Fairbanks<br>Davies Pacific Center<br>841 Bishop St Ste 600<br>Honolulu, HI 96813<br>524-1433<br>Email: rfried@croninfried.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick F. McTernan**<br>Cronin Fried Sekiya Kekina & Fairbanks<br>Davies Pacific Center<br>841 Bishop St Ste 600<br>Honolulu, HI 96813<br>524-1433<br>Fax: 536-2073<br>Email: pmcternan@croninfried.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Burton LeBlanc , IV**
Baron & Budd, P.C.
9015 Bluebonnet Boulevard
Baton Rouge, LA 70810
(225) 927-5441
Fax: (225) 927-5449
Email: bleblanc@baronbudd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Grunfeld**
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177
Fax: (215) 985-4169
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura J. Baughman**
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
Fax: (214) 520-1181
Email: lbaughman@baronbudd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M. Golomb**
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

(215) 985-9177
Fax: (215) 985-4169
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**S. Ann Saucer**
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
Fax: (214) 520-1181
Email: asaucer@baronbudd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JP Morgan Chase & Co.** represented by **Andrew Soukup**
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
(202) 662-6000
Fax: (202) 662-6291
Email: asoukup@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Johnson Henn**
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700

Redwood Shores, CA 94065
(650) 632-4700
Fax: (650) 632-4800

Email: ehenn@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D. Wick**
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000
Fax: (202) 662-6291
Email: rwick@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Benedict**
Goodsill Anderson Quinn & Stifel LLLP
First Hawaiian Center
999 Bishop St Ste 1600
Honolulu, HI 96813
547-5600
Email: tbenedict@goodsill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chase Bank USA, N.A.** represented by **Andrew Soukup**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Johnson Henn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert D. Wick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Benedict**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Defendants 1-20**

**Defendant**

**HSBC Bank Nevada, N.A.**
*Defendant in 1:12-cv-00266-LEK-KSC*

represented by **David W. Moon**
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 556-5800
Fax: (310) 556-5959
Email: dmoon@stroock.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Sung-Hyuk Yoo**
Stroock & Stroock
2029 Century Park East
Los Angeles, CA 90067
310-556-5800
Email: jsyoo@stroock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia B. Strickland**

Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5800
Fax: (310) 556-5959
Email: jstrickland@stroock.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C. Bird**
Watanabe Ing LLP
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813
544-8300
Email: mbird@wik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer H.M. Fergerstrom**
Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813
544-8308
Fax: 808-544-8300
Email: sfergerstrom@wik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracey Lynn Kubota**
Watanabe Ing, LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
(808) 544-8354
Fax: (808) 544-8399

Email: tkubota@wik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **HSBC Card Services, Inc.**<br>*Defendant in 1:12-cv-00266-LEK-KSC* | represented by | **David W. Moon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason Sung-Hyuk Yoo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julia B. Strickland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael C. Bird**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Summer H.M. Fergerstrom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tracey Lynn Kubota**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Capital One Bank (USA), N.A.**<br>*Defendant in 1:12-cv-00268-LEK-KSC* | represented by | **Andrew L. Pepper**<br>Bronster Hoshibata, Attorneys at Law, A Law Corporation<br>2300 Pauahi Tower<br>1003 Bishop St<br>Honolulu, HI 96813<br>524-5644<br>Fax: 599-1881<br>Email: apepper@bhhawaii.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James F. McCabe**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>415 268-7000<br>Fax: (415) 268-7522<br>Email: jmccabe@mofo.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James R. McGuire**<br>Morrison & Foerster LLP<br>425 Market St<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br>Fax: (415) 268-7522<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margery S. Bronster**<br>Bronster Hoshibata, Attorneys at Law, A Law Corporation<br>2300 Pauahi Tower<br>1003 Bishop St |

Honolulu, HI 96813
524-5644
Fax: 599-1881
Email: mbronster@bhhawaii.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Capital One Services, LLC**
*Defendant in 1:12-cv-00268-LEK-KSC*

represented by **Andrew L. Pepper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F. McCabe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James R. McGuire**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margery S. Bronster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Discover Financial Services, Inc.**
*Defendant in 1:12-cv-00269-LEK-KSC*

represented by **Jason Sung-Hyuk Yoo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Manaut**
Carlsmith Ball LLP Honolulu

American Savings Bank Tower
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2500
Fax: 523-0842
Email: Jpm@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Julia B. Strickland
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Lindsay N. McAneeley
Carlsmith Ball LLP Honolulu
American Savings Bank Tower
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2500
Fax: 523-0842
Email: lmcaneeley@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Scott M. Pearson
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5800
Fax: (310) 556-5959
Email: spearson@strook.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### William Matsujiro Harstad

        Carlsmith Ball LLP Honolulu
American Savings Bank Tower
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2500
Fax: 523-0842
Email: wharstad@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Discover Bank** *Defendant in 1:12-cv-00269-LEK-KSC* | represented by | **Jason Sung-Hyuk Yoo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John P. Manaut** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Julia B. Strickland** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Lindsay N. McAneeley** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Scott M. Pearson** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**William Matsujiro Harstad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DFS Services, L.L.C.**<br>*Defendant in 1:12-cv-00269-LEK-KSC* | represented by | **Jason Sung-Hyuk Yoo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John P. Manaut**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia B. Strickland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lindsay N. McAneeley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott M. Pearson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Matsujiro Harstad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **American Bankers Management Company, Inc.** *a Florida corporation - Defendant in 1:12-cv-00269-LEK-KSC* | represented by | **Frank G. Burt** Jorden Burt LLP 1025 Thomas Jefferson St NW, Suite 400 East Washington, DC 20007 202 965-8100 Email: fgb@jordenusa.com *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Gail Y. Cosgrove** Hisaka Stone Goto Yoshida Cosgrove & Ching Mauka Tower 737 Bishop St Ste 3000 Honolulu, HI 96813 523-0451 Email: gcosgrove@objectionsustained.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Kunio Kuwabe** Hisaka Yoshida & Cosgrove Makai Tower 733 Bishop St Ste 1520 Honolulu, HI 96813 523-0451 Email: kkuwabe@objectionsustained.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bank of America Corporation** *Defendant in 1:12-cv-00270-LEK-KSC* | represented by | **David L. Permut** Goodwin Procter LLP 901 New York Avenue NW Washington, DC 20001 (202) 346-4000 Fax: (202) 346-4444 *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Patricia J. McHenry**
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216
521-9200
Email: pmchenry@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Thompson**
Goodwin Procter LLP
3 Embarcadero Center 24th Floor
San Francisco, CA 94111
(415) 733-6000
Fax: (415) 677-9041
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William K. Shultz**
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216
521-9200
Email: wshultz@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FIA Card Services, N.A.**
*Defendant in 1:12-cv-00270-LEK-KSC*

represented by **David L. Permut**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patricia J. McHenry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William K. Shultz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Inc.**
*Defendant in 1:12-cv-00271-LEK-KSC*

represented by **Christopher R. Lipsett**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
*TERMINATED: 08/15/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Sherwin**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
(212) 295-6418
Fax: (212) 230-8888

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Michael Purpura
Carlsmith Ball LLP Honolulu
American Savings Bank Tower
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2500
Fax: 523-0842
Email: mpurpura@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Michael J Scanlon
Carlsmith Ball LLP Honolulu
American Savings Bank Tower
1001 Bishop St Ste 2200
Honolulu, HI 96813
523-2541
Email: mscanlon@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Robert W. Trenchard
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Citibank, N.A.**<br>*Defendant in 1:12-cv-* | represented by | **Christopher R. Lipsett**<br>(See above for address) |

*00271-LEK-KSC* *TERMINATED: 08/15/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Sherwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Purpura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Scanlon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Trenchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Department Stores National Bank** *Defendant in 1:12-cv-00271-LEK-KSC* | represented by | **Christopher R. Lipsett** (See above for address) *TERMINATED: 08/15/2012* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Edward Sherwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Purpura**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Scanlon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Trenchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2012 | 1 | NOTICE OF REMOVAL - by Chase Bank USA, N.A., JP Morgan Chase & Co. from Circuit Court of the First Circuit, State of Hawaii, case number CV 12-1-0985-04 GWBC. (Attachments: # 1 Exhibit 1 (**Complaint; CV 12-1-0985-04 GWBC**) , # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 ( **Motion to Admit Richard M. Golomb, Kenneth J. Grunfeld, Laura J. Baughman and J. Burton LeBlanc Pro Hac Vice**) , # 7 Exhibit 7 (**Motion to Consolidate Cases**) (Part 1 of 2), # 8 Exhibit 7 (Part 2 of 2), # 9 Exhibit 8, # 10 Declaration of Marc Fink, # 11 Certificate of Service)(emt, ) (Additional attachment(s) added on 5/17/2012: # 12 Civil Cover Sheet)(emt, ). Modified on 5/17/2012 (emt, ). (Entered: 05/17/2012) |