APPEAL,JMSREC,LEADTR,STAYED

# U.S. District Court
## District of Hawaii (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:12-cv-00263-LEK-KSC

State of Hawaii v. JP Morgan Chase & Co. et al
Assigned to: JUDGE LESLIE E. KOBAYASHI
Referred to: JUDGE KEVIN S.C. CHANG
Case in other court: 9CCA, 13-15611
Cause: 28:1441 Petition for Removal - Fair Credit Reporting Act

Date Filed: 05/17/2012
Jury Demand: None
Nature of Suit: 430 Banks and Banking
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2012 | 1 | NOTICE OF REMOVAL - by Chase Bank USA, N.A., JP Morgan Chase & Co. from Circuit Court of the First Circuit, State of Hawaii, case number CV 12-1-0985-04 GWBC. (Attachments: # 1 Exhibit 1 (**Complaint; CV 12-1-0985-04 GWBC**) , # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 ( **Motion to Admit Richard M. Golomb, Kenneth J. Grunfeld, Laura J. Baughman and J. Burton LeBlanc Pro Hac Vice**) , # 7 Exhibit 7 (**Motion to Consolidate Cases**) (Part 1 of 2), # 8 Exhibit 7 (Part 2 of 2), # 9 Exhibit 8, # 10 Declaration of Marc Fink, # 11 Certificate of Service)(emt, ) (Additional attachment(s) added on 5/17/2012: # 12 Civil Cover Sheet) (emt, ). Modified on 5/17/2012 (emt, ). (Entered: 05/17/2012) |
| 05/17/2012 | 2 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 6/18/2012 before JUDGE KEVIN S.C. CHANG - Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 5/17/12. (Attachments: # 1 Memo from Clerk Re: Corporate Disclosure Statements)(emt, ) (Entered: 05/17/2012) |
| 05/17/2012 | 3 | Filing fee: $ 350, receipt number HI003793 re 1 Notice of Removal. (emt, ) (Entered: 05/17/2012) |
| 05/17/2012 | 4 | Defendants' FRCP 7.1 CORPORATE DISCLOSURE STATEMENT; Certificate of Service - by Chase Bank USA, N.A., JP Morgan Chase & Co. ( identifying Corporate Parent JP Morgan Chase & Co. for Chase Bank USA, N.A.) (emt, ) (Entered: 05/17/2012) |
| 05/17/2012 | 5 | ORDER OF RECUSAL. JUDGE J. MICHAEL SEABRIGHT |

| | | |
|---|---|---|
| | | recused. Case reassigned to JUDGE LESLIE E. KOBAYASHI for all further proceedings. PLEASE REFLECT NEW CASE NUMBER CV 12-00263 LEK-KSC ON ALL FURTHER FILINGS - Signed by JUDGE J. MICHAEL SEABRIGHT on 5/17/12. (emt, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/17/2012) |
| 05/22/2012 | 6 | EO: COURT ORDER REGARDING PLAINTIFFS MOTION TO ADMIT RICHARD M. GOLOMB, KENNETH J. GRUNFELD, LAURA J. BAUGHMAN AND J. BURTON LEBLANC PRO HAC VICE [dkt. no. 1-6] (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/22/2012) |
| 05/23/2012 | 7 | AMENDED EO: Re: COURT ORDER REGARDING PLAINTIFF'S MOTION TO ADMIT RICHARD M. GOLOMB, KENNETH J. GRUNFELD, LAURA J. BAUGHMAN AND J. BURTON LEBLANC PRO HAC VICE [dkt. no. 1-6] 6 (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/23/2012) |
| 05/23/2012 | 8 | STIPULATION *FOR EXTENSION OF TIME TO ANSWER COMPLAINT* by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Benedict, Thomas) (Entered: 05/23/2012) |
| 05/23/2012 | 9 | EO: COURT ORDER REGARDING PLAINTIFF'S MOTION TO CONSOLIDATE CASES [dkt. no. 1-7]. (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/23/2012) |
| 05/23/2012 | | ADVISORY ENTRY. To the extent that the parties are seeking |

| | | |
|---|---|---|
| | | approval of entry docket number 8 Stipulation filed by Chase Bank USA, N.A., JP Morgan Chase & Co., the filing party shall submit the stipulation directly to the Order Email box to Magistrate Chang for approval. (gls, ) (Entered: 05/24/2012) |
| 05/25/2012 | 10 | First STIPULATION For Extension of Time To Answer Complaint, ORDER. Signed by JUDGE KEVIN S.C. CHANG on 5/25/12. (gls, ) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/25/2012) |
| 05/31/2012 | 11 | First MOTION for Pro Hac Vice *of Emily Johnson Henn* Thomas Benedict appearing for Defendants Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Certificate of Service) (Benedict, Thomas) (Entered: 05/31/2012) |
| 05/31/2012 | 12 | First MOTION for Pro Hac Vice *of Andrew Soukup* Thomas Benedict appearing for Defendants Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Certificate of Service) (Benedict, Thomas) (Entered: 05/31/2012) |
| 05/31/2012 | 13 | First MOTION for Pro Hac Vice *Robert D. Wick* Thomas Benedict appearing for Defendants Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Certificate of Service) (Benedict, Thomas) (Entered: 05/31/2012) |
| 06/01/2012 | 23 | Pro Hac Vice Filing fee: $ 300.00, receipt number HI004014 re 11 First MOTION for Pro Hac Vice of Emily Johnson Henn. (afc) (Entered: 06/06/2012) |
| 06/01/2012 | 24 | Pro Hac Vice Filing fee: $ 300.00, receipt number HI004015 re 12 First MOTION for Pro Hac Vice of Andrew Soukup. (afc) (Entered: 06/06/2012) |
| 06/01/2012 | 26 | Pro Hac Vice Filing fee: $ 300.00, receipt number HI004016 re 13 First MOTION for Pro Hac Vice of Robert D. Wick. (afc) (Entered: 06/06/2012) |
| 06/04/2012 | 14 | MOTION for Pro Hac Vice *Admission of J. Burton LeBlanc, IV, Esq.,* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Case Caption)(McTernan, Patrick) (Entered: 06/04/2012) |
| 06/04/2012 | 15 | MOTION for Pro Hac Vice *Admission of Laura J. Baughman,* |

| | | |
|---|---|---|
| | | *Esq.,* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Case Caption)(McTernan, Patrick) (Entered: 06/04/2012) |
| 06/04/2012 | 16 | MOTION for Pro Hac Vice *of S. Ann Saucer, Esq.* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Case Caption)(McTernan, Patrick) (Entered: 06/04/2012) |
| 06/04/2012 | 17 | Amended MOTION for Pro Hac Vice *Admission of S. Ann Saucer, Esq.* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Case Caption)(McTernan, Patrick) (Entered: 06/04/2012) |
| 06/05/2012 | 18 | ORDER GRANTING APPLICATION OF EMILY JOHNSON HENN TO APPEAR *PRO HAC VICE* 11 . Signed by JUDGE KEVIN S.C. CHANG on 6/4/2012. ~ Emily Johnson Henn, Esq. (Law firm Covington & Burling LLP) ADDED as attorney *pro hac vice* for defendants JPMorgan Chase & Co. And Chase Bank USA, N.A. Local Counsel: Thomas Benedict, Esq. (Law firm of Goodsill Anderson Quinn & Stifel LLLP) ~ (afc)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/05/2012) |
| 06/05/2012 | 19 | ORDER GRANTING APPLICATION OF ANDREW SOUKUP TO APPEAR *PRO HAC VICE* 12 . Signed by JUDGE KEVIN S.C. CHANG on 6/4/2012. ~ Andrew Soukup, Esq. (Law firm Covington & Burling LLP) ADDED as attorney *pro hac vice* for defendants JPMorgan Chase & Co. and Chase Bank USA, N.A. Local Counsel: Thomas Benedict, Esq. (Law firm of Goodsill Anderson Quinn & Stifel LLLP) ~ (afc)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Andrew Soukup, Esq. served by first class mail on the date of this docket entry (Entered: 06/05/2012) |
| 06/05/2012 | 20 | ORDER GRANTING APPLICATION OF ROBERT D. WICK TO APPEAR *PRO HAC VICE* 13 . Signed by JUDGE KEVIN S.C. CHANG on 6/4/2012. ~ Robert D. Wick, Esq. (Law firm Covington & Burling LLP) ADDED as attorney *pro hac vice* for defendants JPMorgan Chase & Co. and Chase Bank USA, N.A. Local Counsel: Thomas Benedict, Esq. (Law firm of Goodsill Anderson Quinn & Stifel LLLP) ~ (afc) |

| | | |
|---|---|---|
| | | **CERTIFICATE OF SERVICE** <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Robert D. Wick, Esq. served by first class mail on the date of this docket entry (Entered: 06/05/2012) |
| 06/05/2012 | 21 | MOTION for Pro Hac Vice *Admission of Richard M. Golomb, Esq.* Patrick F. McTernan appearing for Plaintiff State of Hawaii (McTernan, Patrick) (Entered: 06/05/2012) |
| 06/05/2012 | 22 | MOTION for Pro Hac Vice *Admission of Kenneth J. Grunfeld, Esq.* Patrick F. McTernan appearing for Plaintiff State of Hawaii (McTernan, Patrick) (Entered: 06/05/2012) |
| 06/06/2012 | 25 | ORDER GRANTING 14 J. BURTON LEBLANC, IV, 15 LAURA J. BAUGHMAN, AND 16 , 17 S. ANN SAUCER'S APPLICATIONS TO APPEAR PRO HAC VICE. Signed by JUDGE KEVIN S.C. CHANG on June 5, 2012. (bbb, ) <br><br> **CERTIFICATE OF SERVICE** <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/06/2012) |
| 06/06/2012 | 27 | LETTER FROM THE CLERK OF COURT re: Pro Hac Vice filing fees for attorneys 14 J. Burton LeBlanc, IV, 15 Laura J. Baughman & 16 , 17 S. Ann Saucer. (bbb, ) (Entered: 06/06/2012) |
| 06/06/2012 | 28 | Pro Hac Vice Filing fee: $ 300.00,receipt number HI004071 re 16 MOTION for Pro Hac Vice *of S. Ann Saucer, Esq.* (bbb, ) (Entered: 06/07/2012) |
| 06/06/2012 | 29 | Pro Hac Vice Filing fee: $ 300.00,receipt number HI004072 re 14 MOTION for Pro Hac Vice *Admission of J. Burton LeBlanc, IV, Esq.,* (bbb, ) (Entered: 06/07/2012) |
| 06/06/2012 | 30 | Pro Hac Vice Filing fee: $ 300.00,receipt number HI004073 re 15 MOTION for Pro Hac Vice *Admission of Laura J. Baughman, Esq.,* (bbb, ) (Entered: 06/07/2012) |
| 06/08/2012 | 31 | MOTION to Consolidate Cases *re Remand* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F)(McTernan, Patrick) (Entered: 06/08/2012) |
| | | |

| 06/12/2012 | 32 | EO: By agreement, Rule 16 Scheduling Conference set 6/18/12 shall be continued to 09:00AM on 8/10/2012 before JUDGE KEVIN S.C. CHANG. Thomas Benedict has notified all parties. (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 06/12/2012) |
|---|---|---|
| 06/14/2012 | 33 | ORDER REASSIGNING CASES. Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 6/14/2012. ~ Pursuant to Local Rule 40.2, Civil Nos. 12-00269, 12-00270, and 12-00271 are hereby reassigned to Judge Leslie Kobayashi as cases related to Civil Nos. 12-00263, 12-00266, and 12-00268, Magistrate Judge Kevin S.C. Chang is designated as the Magistrate Judge on all six cases. All further pleadings and documents shall be filed and docketed in Civil No. 12-00263LEK/KSC. **All further filings relevant to the Related Cases [Civil nos. 12-00263, 12-00266, 12-00268, 12-00269, 12-00270, and 12-00271] shall be filed only in Civil No. 12-00263LEK/KSC.** ~ (afc)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications will be served by first class mail on June 15, 2012. (Entered: 06/14/2012) |
| 06/15/2012 | 34 | Ex Parte MOTION for Leave to File Excess Pages *Increased Word Count Regarding Plaintiff's Motion to Remand Removed Cases* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Declaration of Patrick F. McTernan) (McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 35 | MOTION for Pro Hac Vice *Admission in Related Cases CV 12-00266, 12-00268, 12-00269, 12-00270 and 12-00271* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Exhibit 1)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 36 | EO: EO: COURT ORDER REGARDING ANTICIPATED FILING OF PLAINTIFFS MOTIONS TO REMAND On 6/14/2012, Chief United States District Judge Susan Oki Mollway filed an Order Reassigning Cases which, inter alia, reassigned State of Hawaii, ex. rel. Louie v. HSBC Bank Nevada, N.A., et al., CV 12-00266 LEK-RLP, State of Hawaii, ex. rel. Louie v. Discover Financial Services, Inc., et al., CV 12-00269 DAE-RLP, State of Hawaii, ex. rel. Louie v. Bank of America Corp, et al., CV 12-00270 DAE-BMK, and State of Hawaii, ex. rel. Louie v. Citigroup Inc., et al., CV 12-00271 ACK-RLP, to this Court and to United States Magistrate Judge Kevin S.C. Chang. [Dkt. no. |

| | | |
|---|---|---|
| | | 33.] State of Hawaii, ex. rel. Louie v. JP Morgan Chase & Co., CV 12-00263 LEK-KSC, and State of Hawaii, ex. rel. Louie v. Capital One Bank (USA) N.A., et al., CV 12-00268 LEK-KSC, were already pending before this Court and Magistrate Judge Chang. The Order Reassigning Cases also directed that all further filings in the six cases be filed only in CV 12-00263 LEK-KSC. On 6/8/2012, Plaintiff State of Hawaii, ex. rel. David M. Louie, Attorney General (Plaintiff) filed its Motion to Consolidate Cases. [Dkt. no. 31.] In its memorandum in support of that motion, Plaintiff stated that it will file motions for remand challenging the existence of federal jurisdiction in these cases. In light of Plaintiffs representation, this Court ORDERS Plaintiff to file a separate motion for remand to address each notice of removal. Further, the Court CAUTIONS Plaintiff that, if the filing of any motion to remand is time-sensitive, this Court will determine whether Plaintiff timely filed the motion with respect to the notice of removal at issue in that motion. In other words, the filing of the Order Reassigning Cases will not affect any applicable deadlines to file Plaintiffs motions for remand. (JUDGE LESLIE E. KOBAYASHI)(lls, ) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. MODIFIED on 6/15/2012: Gail Y. Cosgrove, Esq., attorney for deft American Bankers Management Company, Inc. in 1:12-cv-00269-LEK-KSC, served this date by first class mail. NEF re-generated for those attorneys that are registered to receive e-notifications and have been added from the "related" cases to the instant case. Pro Hac Vice attorneys from the related cases to be notified through local counsel. (afc) (Entered: 06/15/2012) |
| 06/15/2012 | 37 | MOTION to Remand to State Court *(CV12-00263)* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion and Certificate of Compliance, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 38 | MOTION to Remand to State Court *(CV12-00266)* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion and Certificate of Compliance, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 39 | MOTION to Remand to State Court *(CV12-00268)* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Certificate of |

| | | |
|---|---|---|
| | | Compliance, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 40 | MOTION to Remand to State Court *(CV12-00269)* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion and Certificate of Compliance, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 41 | MOTION to Remand to State Court *(CV12-00270)* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion and Certificate of Compliance, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 42 | MOTION to Remand to State Court *(CV12-00271)* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion and Certificate of Compliance, # 2 Declaration of Patrick F. McTernan, # 3 Exhibit A, # 4 Exhibit B)(McTernan, Patrick) (Entered: 06/15/2012) |
| 06/15/2012 | 64 | TRANSMITTAL of DOCUMENTS for 1:12-cv-00263-LEK-KSC from Circuit Court of the First Circuit. (bbb, ) (Additional attachment(s) added on 7/6/2012: # 1 Computerized Index, # 2 Civil Information Sheet, # 3 Complaint, # 4 Pltf's M/Pro Hac Vice for Richard M. Golomb, Kenneth J. Grunfeld, Laura J. Baughman and J. Burton LeBlanc, # 5 Affidavit of Service by Mail, # 6 Affidavit of Service by Mail, # 7 Pltf's M/Consolidate Case (part 1of3), # 8 Pltf's M/Consolidate Case (part 2of3), # 9 Pltf's M/Consolidate Case (part 3of3), # 10 Pltf's Amd M/Pro Hac Vice, # 11 Deft's Ntc of Dismissal (part 1of4), # 12 Deft's Ntc of Dismissal (part 2of4), # 13 Deft's Ntc of Dismissal (part 3of4), # 14 Deft's Ntc of Dismissal (part 4of4)) (bbb, ). (Entered: 06/25/2012) |
| 06/15/2012 | 65 | TRANSMITTAL of DOCUMENTS for 1:12-cv-00266-LEK-KSC from Circuit Court of the First Circuit. (bbb, ) (Additional attachment(s) added on 7/5/2012: # 1 Computerized Index, # 2 Civil Information Sheet, # 3 Complaint, # 4 Pltf's M/Pro Hac Vice for Richard M. Golomb, Kenneth J. Grunfeld, Laura J. Baughman and J. Burton LeBlanc, # 5 Pltf's M/Consolidate Cases (part 1of3), # 6 Pltf's M/Consolidate Cases (part 2of3), # 7 Pltf's M/Consolidate Cases (part 3of3), # 8 Affidavit of Service by Mail, # 9 Affidavit of Service by Mail, # 10 Affidavit of Service by Mail, # 11 Deft's Ntc of Removal (part 1of4), # 12 Deft's Ntc |

| | | |
|---|---|---|
| | | of Removal (part 2of4), # 13 Deft's Ntc of Removal (part 3of4), # 14 Deft's Ntc of Removal (part 4of4)) (bbb, ). (Entered: 06/25/2012) |
| 06/15/2012 | 66 | TRANSMITTAL of DOCUMENTS for 1:12-cv-00268-LEK-KSC from Circuit Court of the First Circuit. (bbb, ) (Entered: 06/25/2012) |
| 06/16/2012 | 43 | CERTIFICATE OF SERVICE by State of Hawaii re 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263)* (McTernan, Patrick) (Entered: 06/16/2012) |
| 06/16/2012 | 44 | CERTIFICATE OF SERVICE by State of Hawaii re 38 MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)* (McTernan, Patrick) (Entered: 06/16/2012) |
| 06/16/2012 | 45 | CERTIFICATE OF SERVICE by State of Hawaii re 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268)* (McTernan, Patrick) (Entered: 06/16/2012) |
| 06/16/2012 | 46 | CERTIFICATE OF SERVICE by State of Hawaii re 40 MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269)* (McTernan, Patrick) (Entered: 06/16/2012) |
| 06/16/2012 | 47 | CERTIFICATE OF SERVICE by State of Hawaii re 41 MOTION to Remand to State Court *(CV12-00270)* MOTION to Remand to State Court *(CV12-00270)* (McTernan, Patrick) (Entered: 06/16/2012) |
| 06/16/2012 | 48 | CERTIFICATE OF SERVICE by State of Hawaii re 42 MOTION to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)* (McTernan, Patrick) (Entered: 06/16/2012) |
| 06/18/2012 | 49 | NOTICE of Hearing on Motion 42 MOTION to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)*, 40 MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269)*, 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263)*, 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268)*, 41 MOTION to Remand to State Court *(CV12-00270)* |

| | | |
|---|---|---|
| | | MOTION to Remand to State Court *(CV12-00270)*, 38 MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)* : Motion Hearing set for 9/24/2012 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (wnn, ) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 06/18/2012) |
| 06/18/2012 | 50 | EO: Rule 16 Scheduling Conference for CV 12-00263LEK-KSC and Related Cases: CV 12-00266LEK-KSC, CV 12-00268LEK-KSC, CV 12-00269LEK-KSC, CV 12-00270LEK-KSC, CV 12-00271LEK-KSC will be held at 09:00AM on 8/10/2012 before JUDGE KEVIN S.C. CHANG. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 06/18/2012) |
| 06/18/2012 | 51 | Pro Hac Vice Filing fee: $ 600.00,receipt number HI004215 re 22 MOTION for Pro Hac Vice *Admission of Kenneth J. Grunfeld, Esq.*, 21 MOTION for Pro Hac Vice *Admission of Richard M. Golomb, Esq.* (bbb, ) (Entered: 06/19/2012) |
| 06/19/2012 | 53 | NOTICE of Hearing on Motion 31 Plaintiff State of Hawaii's Motion to Consolidate Cases set for 10/24/2012 09:30 AM before JUDGE KEVIN S.C. CHANG for CV 12-00263LEK-KSC and Related Cases: CV 12-00266LEK-KSC, CV 12-00268LEK-KSC, CV 12-00269LEK-KSC, CV 12-00270LEK-KSC, CV 12-00271LEK-KSC. (sna, ) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 06/19/2012) |
| 06/19/2012 | 54 | EO: Rule 16 Scheduling Conference for CV 12-00263LEK-KSC and Related Cases: CV 12-00266LEK-KSC, CV 12-00268LEK-KSC, CV 12-00269LEK-KSC, CV 12-00270LEK-KSC, CV 12-00271LEK-KSC set 8/10/12 shall be continued to 09:30AM on 10/24/2012 before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |

| | | |
|---|---|---|
| | | **CERTIFICATE OF SERVICE**<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/19/2012) |
| 06/19/2012 | 55 | **EO: COURT ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE MOTION TO EXCEED WORD COUNT REGARDING PLAINTIFF'S MOTION TO REMAND REMOVED CASES. Granting in part and denying in part** 34 **Motion for Leave to File Excess Pages. (JUDGE LESLIE E. KOBAYASHI)(wnn, )**<br><br>**CERTIFICATE OF SERVICE**<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/19/2012) |
| 06/19/2012 | 56 | CERTIFICATE OF SERVICE by State of Hawaii re 31 MOTION to Consolidate Cases *re Remand (filed in CV12-00263)* (McTernan, Patrick) (Entered: 06/19/2012) |
| 06/19/2012 | 57 | CERTIFICATE OF SERVICE by State of Hawaii re 31 MOTION to Consolidate Cases *re Remand (filed in CV12-00266)* (McTernan, Patrick) (Entered: 06/19/2012) |
| 06/19/2012 | 58 | CERTIFICATE OF SERVICE by State of Hawaii re 31 MOTION to Consolidate Cases *re Remand (filed in CV12-00268)* (McTernan, Patrick) (Entered: 06/19/2012) |
| 06/19/2012 | 59 | CERTIFICATE OF SERVICE by State of Hawaii re 31 MOTION to Consolidate Cases *re Remand (filed in CV12-00269)* (McTernan, Patrick) (Entered: 06/19/2012) |
| 06/19/2012 | 60 | CERTIFICATE OF SERVICE by State of Hawaii re 31 MOTION to Consolidate Cases *re Remand (filed in CV12-00270)* (McTernan, Patrick) (Entered: 06/19/2012) |
| 06/19/2012 | 61 | CERTIFICATE OF SERVICE by State of Hawaii re 31 MOTION to Consolidate Cases *re Remand (filed in CV12-00271)* (McTernan, Patrick) (Entered: 06/19/2012) |
| 06/20/2012 | 62 | ORDER GRANTING 35 S. ANN SAUCER'S APPLICATION TO APPEAR PRO HAC VICE IN RELATED CASES CV 12-00266, 12-00268, 12-00269, 12-00270 and 12-00271. Signed by JUDGE KEVIN S.C. CHANG on June 20, 2012. (bbb, )<br><br>**CERTIFICATE OF SERVICE**<br>Participants registered to receive electronic notifications received this document |

| | | |
|---|---|---|
| | | electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/20/2012) |
| 06/20/2012 | 63 | ORDER GRANTING 21 RICHARD M. GOLOMB AND 22 KENNETH J. GRUNFELD'S APPLICATIONS TO APPEAR PRO HAC VICE. Signed by JUDGE KEVIN S.C. CHANG on June 20, 2012. (bbb, ) CERTIFICATE OF SERVICE Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/20/2012) |
| 08/09/2012 | 67 | EO: Counsel's Letter Request is Granted and terminated. Regarding 42 MOTION to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)*, 40 MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269)*, 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263)*, 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268)*, 41 MOTION to Remand to State Court *(CV12-00270)* MOTION to Remand to State Court *(CV12-00270)*, 38 MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)*. Motion Hearing set for 9/24/2012 at 09:45 AM is continued to 11/19/2012 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) CERTIFICATE OF SERVICE Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/09/2012) |
| 08/14/2012 | 69 | EO: 31 Plaintiff State of Hawaii's Motion to Consolidate Cases and Rule 16 Scheduling Conference set 10/24/12 shall be continued to 12/19/2012 09:30 AM before JUDGE KEVIN S.C. CHANG. [Related to CV 12-00266LEK-KSC, CV 12-00268LEK-KSC, CV 12-00269LEK-KSC, CV 12-00270LEK-KSC, CV 12-00271LEK-KSC] (JUDGE KEVIN S.C. CHANG) (sna, ) CERTIFICATE OF SERVICE Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/14/2012) |

| | | |
|---|---|---|
| 08/15/2012 | 70 | NOTICE by Department Stores National Bank, Citibank, N.A., Citigroup Inc. *[Notice of Withdrawal of Christopher R. Lipsett as Counsel for Defendants Citigroup Inc., Citibank, N.A., and Department Stores National Bank]* Department Stores National Bank, Citibank, N.A., Citigroup Inc.. (Attachments: # 1 Certificate of Service)(Scanlon, Michael) Modified on 8/16/2012 - updating to reflect as Motion to Withdraw as Counsel (bbb, ). (Entered: 08/15/2012) |
| 08/15/2012 | 71 | NOTICE of Change of Address by Michael J Scanlon on behalf of Citibank, N.A., Citigroup Inc., Department Stores National Bank. (Attachments: # 1 Certificate of Service)(Scanlon, Michael) (Entered: 08/15/2012) |
| 10/26/2012 | 72 | MOTION re 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263) ExParte Motion to Exceed Word Count Regarding Plaintiff's Motions to Remand Removed Cases* Thomas Benedict appearing for Defendants Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Declaration of Thomas Benedict, # 2 Certificate of Service)(Benedict, Thomas) (Entered: 10/26/2012) |
| 10/26/2012 | 73 | EO: The Court grants Counsel's request to file a single memorandum in opposition to all of the motions to remand in the various cases, with a word limit of 10,000 words. Plaintiff may file a single reply, with a word limit of 5,000 words. (JUDGE LESLIE E. KOBAYASHI)(tl, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/26/2012) |
| 10/29/2012 | 74 | EO: 72 Motion terminated. (JUDGE LESLIE E. KOBAYASHI) (wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/29/2012) |
| 10/29/2012 | 75 | MEMORANDUM in Opposition re 41 MOTION to Remand to State Court *(CV12-00270)* MOTION to Remand to State Court *(CV12-00270),* 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268),* 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to |

| | | |
|---|---|---|
| | | Remand to State Court *(CV12-00263)*, 42 MOTION to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)*, 38 MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)*, 40 MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269)* filed by JP Morgan Chase & Co.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4 (Part 1 of 2), # 6 Exhibit 4 (Part 2 of 2), # 7 Exhibit 5, # 8 Exhibit 6, # 9 Certificate of Service)(Benedict, Thomas) (Entered: 10/29/2012) |
| 10/30/2012 | 77 | Defendant American Bankers Management Company, Inc.'s JOINDER in Defendants' Joint Memorandum in Opposition to Plaintiff's Motions to Remand and for Costs and Fees filed June 15, 2012 [Doc No. 40 ], filed October 29, 2012 [Doc No. 75 ]; Certificate of Service. (afc) (Entered: 11/02/2012) |
| 11/05/2012 | 78 | REPLY re 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268)*, 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263)*, 42 MOTION to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)*, 38 MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)*, 41 MOTION to Remand to State Court *(CV12-00270)* MOTION to Remand to State Court *(CV12-00270)*, 75 Memorandum in Opposition to Motion,,, 77 Joinder, 40 MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269) and for Costs and Fees; Certificate of Compliance* filed by State of Hawaii. (Attachments: # 1 Declaration of Patrick F. McTernan, # 2 Exhibit A, # 3 Exhibit B)(McTernan, Patrick) *Modified on 11/6/2012 to note: Document title styles attached Exhibits as "Exhibits 1-2" rather than "Exhibits A-B"* (afc). (Entered: 11/05/2012) |
| 11/05/2012 | 79 | CERTIFICATE OF SERVICE by State of Hawaii re 78 Reply,,, (McTernan, Patrick) (Entered: 11/05/2012) |
| 11/09/2012 | 80 | Application *to Appear Pro Hac Vice (Patrick S. Thompson)*. (Attachments: # 1 Certificate of Service)(McHenry, Patricia) (Entered: 11/09/2012) |
| 11/13/2012 | 81 | NOTICE by State of Hawaii re 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268)*, 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263)*, 42 MOTION |

| | | |
|---|---|---|
| | | to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)*, [38] MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)*, [41] MOTION to Remand to State Court *(CV12-00270)* MOTION to Remand to State Court *(CV12-00270)*, [40] MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269)* **NOTICE OF ADDITIONAL AUTHORITIES IN SUPPORT OF MOTION TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012** State of Hawaii. (Attachments: # [1] Exhibit A)(McTernan, Patrick) *Modified on 11/14/2012: Document is not endorsed; i.e. no "/s/Patrick F. McTernan")* (afc). (Entered: 11/13/2012) |
| 11/14/2012 | [82] | Letter from Warren N. Nakamura, Courtroom Manager (Attachments: # [1] Supplement Electronic Procedures) (wnn, ) (Entered: 11/14/2012) |
| 11/14/2012 | [83] | MOTION Ex Parte Motion for Expedited Determination Without Hearing of Defendants' Motion for Leave to File Defendants' Joint Sur-Reply in Further Opposition to Plaintiff's Motions to Remand and for Costs and Fees filed June 15, 2012 [Doc. Nos. 37-42] re [78] Reply, [41] MOTION to Remand to State Court *(CV12-00270)*, [75] *Memorandum in Opposition to Motion* [37] MOTION to Remand to State Court *(CV12-00263)* [39] MOTION to Remand to State Court *(CV12-00268)*, [42] MOTION to Remand to State Court *(CV12-00271)*, [38] MOTION to Remand to State Court *(CV12-00266)*, [40] MOTION to Remand to State Court *(CV12-00269)* Thomas Benedict appearing for Defendants Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # [1] Declaration of Counsel, # [2] Exhibit A, # [3] Exhibit 1, # [4] Certificate of Service)(Benedict, Thomas) *Modified on 11/15/2012: Duplicate text deleted. (afc). (Entered: 11/14/2012)* |
| 11/15/2012 | [84] | ORDER GRANTING DEFENDANTS JPMORGAN CHASE & CO. AND CHASE BANK USA, N.A.'S *EX PARTE* MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42], FILED ON NOVEMBER 14, 2012 [DOC. NO. [83] ]. Signed by JUDGE LESLIE E. KOBAYASHI on 11/15/2012. *re: Motions to Remand* [37] [38] [39] [40] [41] [42] . (afc)<br><br>CERTIFICATE OF SERVICE |

| | | |
|---|---|---|
| | | Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/15/2012) |
| 11/15/2012 | 85 | REPLY re 39 MOTION to Remand to State Court *(CV12-00268)* MOTION to Remand to State Court *(CV12-00268)*, 37 MOTION to Remand to State Court *(CV12-00263)* MOTION to Remand to State Court *(CV12-00263)*, 42 MOTION to Remand to State Court *(CV12-00271)* MOTION to Remand to State Court *(CV12-00271)*, 38 MOTION to Remand to State Court *(CV12-00266)* MOTION to Remand to State Court *(CV12-00266)*, 78 Reply,,,, 41 MOTION to Remand to State Court *(CV12-00270)* MOTION to Remand to State Court *(CV12-00270)*, 75 Memorandum in Opposition to Motion,,, 40 MOTION to Remand to State Court *(CV12-00269)* MOTION to Remand to State Court *(CV12-00269)* *DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOIR COSTS AND FEES FILED JUNE 15, 2012* filed by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service)(Benedict, Thomas) (Entered: 11/15/2012) |
| 11/19/2012 | 86 | ORDER GRANTING THE APPLICATION OF PATRICK S. THOMPSON TO APPEAR PRO HAC VICE 80 . Signed by JUDGE KEVIN S.C. CHANG on 11/16/2012. ~ Patrick S. Thompson, Esq. (Law firm Goodwin Procter LLP) ADDED as attorney *pro hac vice* for defendant Bank of America Corporation. Local Counsel: Patricia J. McHenry, Esq. (Law firm of Cades Schutte LLP) ~ (afc) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/19/2012) |
| 11/19/2012 | 87 | EP: Motion Hearing held on 11/19/2012 re 39 MOTION to Remand to State Court *(CV12-00268)* filed by State of Hawaii, 37 MOTION to Remand to State Court *(CV12-00263)* filed by State of Hawaii, 42 MOTION to Remand to State Court *(CV12-00271)* filed by State of Hawaii, 38 MOTION to Remand to State Court *(CV12-00266)* filed by State of Hawaii, 41 MOTION to Remand to State Court *(CV12-00270)* filed by State of Hawaii, 40 MOTION to Remand to State Court *(CV12-00269)* filed by State of Hawaii, Motions Taken Under Advisement: 39 MOTION to Remand to State Court *(CV12-00268)*, 37 MOTION to Remand to State Court *(CV12-00263)*, 42 MOTION to Remand to State Court *(CV12-00271)*, 38 MOTION to Remand to State Court |

| | | |
|---|---|---|
| | | *(CV12-00266)*, [41](#) MOTION to Remand to State Court *(CV12-00270)*, [40](#) MOTION to Remand to State Court *(CV12-00269)*. (Court Reporter Katherine Eismann) (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/19/2012) |
| 11/20/2012 | [88](#) | NOTICE by State of Hawaii re [31](#) MOTION to Consolidate Cases *re Remand -- Plaintiff's Notice of Withdrawal of Motions to Consolidate Cases [Doc. No. 31 in Civil No. 12-00263; Doc. No. 15 in Civil No. 12-00266; Doc. No. 14 in Civil No. 12-00268; Doc. No. 23 in Civil No. 12-00269; Doc. No. 13 in Civil No. 12-00270; and Doc. No. 16 in Civil No. 12-00271]* State of Hawaii. (McTernan, Patrick) (Entered: 11/20/2012) |
| 11/21/2012 | [89](#) | TRANSCRIPT of Proceedings, Plaintiff's Motion to Remand and for Costs and Fees, held on November 19, 2012, - before Judge Leslie E. Kobayashi. Court Reporter Katherine F. Eismann, Telephone number (808)541-2062. Transcript may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Remote availability of electronic transcripts is regulated by FRCP 5.2(a),FRCrP 49.1(a) and FRBP 9037(a) Redaction Request due 12/10/2012. Redacted Transcript Deadline set for 12/19/2012. Release of Transcript Restriction set for 2/18/2013. (72 pp.) (ke@hid.uscourts.gov) (Entered: 11/21/2012) |
| 11/23/2012 | 90 | EO: Pursuant to the Notice of Withdrawal filed 11/20/12, Plaintiff State of Hawaii's Motion to Consolidate Cases [31](#) set for hearing on 12/19/12 before Judge Chang is hereby vacated. (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/23/2012) |
| 11/27/2012 | [91](#) | MAIL RETURNED AS UNDELIVERABLE. Mail jointly addressed to Edward Sherwin, Esq. and Robert W. Trenchard, Esq./Wilmer Cutler Pickering Hale and Dorr LLP/399 Park Ave. New York, NY 10022. Document returned: Doc no. [84](#) : "ORDER GRANTING DEFENDANTS JPMORGAN CHASE & |

| | | |
|---|---|---|
| | | CO. and CHASE BANK USA, N.A.'S EX PARTE MOTION FOR EXPEDITED DETERMINATION WITHOUT HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' JOINT SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND AND FOR COSTS AND FEES FILED JUNE 15, 2012 [DOC. NOS. 37-42], FILED ON NOVEMBER 14, 2012." The order will be re-served on November 28, 2012 by first class mail addressed to Messrs. Sherwin and Trenchard at address Wilmer Hale/7 World Trade Center, 250 Greenwich Street/New York NY 10007. Address information obtained from website: www.wilmerhale.com. (afc) (Entered: 11/27/2012) |
| 11/28/2012 | 92 | EO: At counsel's request, Rule 16 Scheduling Conference set 12/19/12 shall be continued to 09:00AM on 1/18/2013 before JUDGE KEVIN S.C. CHANG. Patrick McTernan to notify all parties. (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 11/28/2012) |
| 11/29/2012 | 93 | Filing fee: $ 300.00,receipt number HI005914 (11/09/2012) re 80 PHV Application, 86 Order as to PATRICK S THOMPSON, Esq. (eps ) (Entered: 11/29/2012) |
| 11/30/2012 | 94 | ORDER DENYING PLAINTIFF'S MOTION TO REMAND AND FOR COSTS AND FEES. Signed by JUDGE LESLIE E. KOBAYASHI on 11/30/2012. *re: 37 Motion to Remand to State Court Civil 12-00263, 38 Motion to Remand to State Court Civil 12-00266, 39 Motion to Remand to State Court Civil 12-00268, 40 Motion to Remand to State Court Civil 12-00269, 41 Motion to Remand to State Court Civil 12-00270, 42 Motion to Remand to State Court Civil 12-00271. ~ Order follows hearing held 11/19/2012. Minutes: doc no. 87* ] (afc) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/30/2012) |
| 12/10/2012 | 95 | MOTION for Leave to Appeal - *Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings* Patrick F. McTernan appearing for Plaintiff State of Hawaii (Attachments: # 1 Memorandum in Support of Motion)(McTernan, Patrick) (Entered: 12/10/2012) |
| 12/12/2012 | 96 | NOTICE of Hearing on Motion 95 MOTION for Leave to Appeal - *Plaintiff's Motion for Certification of Question for Interlocutory* |

| | | |
|---|---|---|
| | | *Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings* : Motion Hearing set for 1/18/2013 at 02:30 PM before JUDGE LESLIE E. KOBAYASHI. (wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 12/12/2012) |
| 12/12/2012 | 97 | EO: Regarding 95 MOTION for Leave to Appeal - *Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings*. Motion Hearing set for 1/18/2013 at 02:30 PM is moved up to 10:00 AM before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/12/2012) |
| 12/27/2012 | 98 | MEMORANDUM in Opposition re 95 MOTION for Leave to Appeal - *Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings Defendants' Joint Memorandum in Opposition to Plaintiff's Motion Filed December 10, 2012 [Doc. No. 95]* filed by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service)(Benedict, Thomas) (Entered: 12/27/2012) |
| 12/28/2012 | 99 | Joinder re 98 Defendants' Joint Memorandum in Opposition to Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings (doc 95 ); Certificate of Service - filed by American Bankers Management Company, Inc. (afc) (Entered: 01/02/2013) |
| 01/04/2013 | 100 | REPLY re 95 MOTION for Leave to Appeal - *Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings* filed by State of Hawaii. (McTernan, Patrick) (Entered: 01/04/2013) |
| 01/04/2013 | 101 | CERTIFICATE OF SERVICE by State of Hawaii re 100 Reply *re 95 Motion for Leave to Appeal - Plaintiff's Motion for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings* (McTernan, Patrick) (Entered: 01/04/2013) |

| | | |
|---|---|---|
| 01/09/2013 | 102 | EO: The court is in receipt of Mr. Fried's letter dated January 7, 2013 which requests postponement of the January 18, 2013 scheduling conference due to the pendency of the Motion For Interlocutory Appeal and Stay of Proceedings set for hearing before Judge Kobayashi on the same date. Defense counsel does not object to the continuance. Because a short continuance of the scheduling conference would not unduly prejudice the parties and would promote the orderly administration of justice, the court will reschedule the Rule 16 scheduling conference in this case from January 18, 2013 to February 20, 2013 at 9:00am before Judge Chang. (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/09/2013) |
| 01/18/2013 | 105 | EP: Motion Hearing held on 1/18/2013 re 95 MOTION for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings filed by State of Hawaii. Motion Taken Under Advisement: 95 MOTION for Certification of Question for Interlocutory Appeal Under 28 USC 1292(b) and Motion to Stay Proceedings. (Court Reporter Katherine Eismann) (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/18/2013) |
| 01/22/2013 | 106 | TRANSCRIPT of Proceedings, Motion Hearing, held on January 18, 2013, - before Judge Leslie E. Kobayashi. Court Reporter Katherine Eismann, Telephone number (808)541-2062. Transcript may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Remote availability of electronic transcripts is regulated by FRCP 5.2(a),FRCrP 49.1(a) and FRBP 9037(a) Redaction Request due 2/11/2013. Redacted Transcript Deadline set for 2/19/2013. Release of Transcript Restriction set for 4/19/2013. (24 pp.) (ke@hid.uscourts.gov) (Entered: 01/22/2013) |
| 01/29/2013 | 107 | ORDER GRANTING PLAINTIFF'S MOTION FOR CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL AND MOTION TO STAY PROCEEDINGS 95 . Signed by JUDGE LESLIE E. KOBAYASHI on 1/29/2013. (afc) |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications will be served by first class mail on January 30, 2013. Modified on 1/29/2013: ORDER FOLLOWS HEARING held on 1/18/2013. Minutes: doc no. 105 (afc). (Entered: 01/29/2013) |
| 02/01/2013 | 108 | EO: Rule 16 Scheduling Conference set 2/20/13 before Judge Chang is hereby vacated. Status Conference Re: Stay set for 4/30/2013 09:00 AM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 02/01/2013) |
| 02/07/2013 | 109 | USCA Case Number 13-80018 for Petition for Permission to Appeal under 1292(b). (Attachments: # 1 State of Hawaii's Petition for Permission to File Appeal, # 2 Forms sent by USCA) (afc) (Entered: 02/12/2013) |
| 02/28/2013 | 110 | NOTICE of Change of Address by Thomas Benedict on behalf of Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service)(Benedict, Thomas) (Entered: 02/28/2013) |
| 04/01/2013 | 111 | USCA ORDER (9CCA No. 13-80018) ~ "The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d)." ~ (afc) No COS issued for this docket entry (Entered: 04/01/2013) |
| 04/01/2013 | 114 | Clerk's entry of filing event: **NOTICE OF INTERLOCUTORY APPEAL** as to 94 "Order Denying Plaintiff's Motion to Remand and for Costs and Fees." 9CCA No. 13-15611.<br><br>Clerk's notation: 9CCA Order granting Petition for Permission to Appeal pursuant to 28 USC 1292(b) filed April 1, 2013 under 9CCA Case No. 13-80018. Interlocutory appeal assigned 9CCA Case NO. 13-15611.<br><br>Appellant: State of Hawaii, ex. rel. David M. Louie Attorney General: plaintiff in 1:12-cv-00263-LEK-KSC, 1:12-cv-00266-LEK-KSC, 1:12-cv-00268-LEK-KSC, 1:12-cv-00269-LEK-KSC, 1:12-cv-00270-LEK-KSC, and 1:12-00271-LEK-KSC. |

| | | |
|---|---|---|
| | | <u>Appellee's</u>: JP Morgan Chase & Co., defendant in 1:12-cv-00263-LEK-KSC; Chase Bank USA, N.A., defendant in 1:12-cv-00263-LEK-KSC; HSBC Bank Nevada, N.A., defendant in 1:12-cv-00266-LEK-KSC; HSBC Card Services, Inc., defendant in 1:12-cv-00266-LEK-KSC; Capital One Bank (USA), N.A., defendant in 1:12-cv-00268-LEK-KSC; Capital One Services, LLC, defendant in 1:12-cv-00268-LEK-KSC; Discovery Financial Services, Inc., defendant in 1:12-cv-00269-LEK-KSC; Discovery Bank, defendant in 1:12-cv-00269-LEK-KSC; DFS Services, L.L.C., defendant in 1:12-cv-00269-LEK-KSC; American Bankers Management Company, Inc., defendant in 1:12-cv-00269-LEK-KSC; Bank of America Corporation, defendant in 1:12-cv-00270-LEK-KSC; FIA Card Services, N.A., defendant in 1:12-cv-00270-LEK-KSC; Citigroup Inc., defendant in 1:12-cv-00271-LEK-KSC; Citibank, N.A., defendant in 1:12-cv-00271-LEK-KSC; and Department Stores National Bank, defendant in 1:12-cv-00271-LEK-KSC. (Entered: 04/04/2013) |
| 04/02/2013 | 112 | **USCA NOTICE OF CASE NUMBER ASSIGNMENT: USCA Case Number 13-15611 (Interlocutory Appeal).** Case number assigned following the 9CCA issuance of its Order on 4/1/2013. 9CCA Docket text: "Filed order (SUSAN P. GRABER and N. RANDY SMITH, Circuit Judges) in case no. 13-80018 on 4-1-2013: The petition for permission to appeal pursuant to 28 USC 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d)." (afc) (Entered: 04/02/2013) |
| 04/02/2013 | 113 | USCA TIME SCHEDULE ORDER (9CCA No. 13-15611) (Notice of Interlocutory Appeal to be filed re: 94 *"Order Denying Plaintiff's Motion to Remand and for Costs and Fees"*. (afc) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/02/2013) |
| 04/02/2013 | 115 | USCA Appeal Fees received $ 455 receipt number HI007487 re 114 Notice of Entry of Interlocutory Appeal. 9CCA No. 13-15611 (afc) 9CCA notified electronically via NEF (Entered: 04/04/2013) |