UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| STATE OF HAWAII, ex. rel.<br>David M. Louie, Attorney General | ) <br> ) <br> ) | **9CCA No. 13-15611** <br><br> Notice of Interlocutory Appeal |
| Plaintiff-Appellant | ) <br> ) | entered April 1, 2013 |
| vs. | ) <br> ) | District Court Case Nos.<br>**1:12-cv-00263-LEK-KSC** |
| J.P. MORGAN CHASE & CO., et al., | ) <br> ) <br> ) | 1:12-cv-00266-LEK-KSC<br>1:12-cv-00268-LEK-KSC<br>1:12-cv-00269-LEK-KSC |
| Defendants-Appellees.<br>_____ | ) <br> ) | 1:12-cv-00270-LEK-KSC<br>1:12-cv-00271-LEK-KSC |

## CERTIFICATE OF RECORD

   This certificate is submitted in conformance with U.S. Court of Appeals for the Ninth Circuit Rule 11-2.  The record on appeal, consisting of the reporters transcripts (if any) and the U.S. District Court Clerk's record, is ready for the purpose of the appeal.  This record is available electronically by means of the "CM/ECF" System and the Public Access to Court Electronic ("PACER") System.

   The documents comprising the trial Court Clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure.  These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

   The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil appeals, except those cases in the pre briefing conference program.  Appeals in habeas corpus and 28 USC 2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of appeals.  Criminal appeals briefing schedules have been set by Time Schedule Order and no new schedule will issue upon the filing of this document.  In civil cases, all parties will receive separate notification of this filing date from the Court of Appeals.

          SUE BEITIA,
          Clerk, U.S. D.C. for the District of Hawaii

          by: /s/ AFC

          Date: June 12, 2013

cc: All Counsel and/or Parties of Record