# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 12-00263LEK-KSC |
| CASE NAME: | State of Hawaii ex. rel. David M. Louie, Attorney General vs. JP Morgan Chase & Co., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/16/2014 | TIME: | |

COURT ACTION:  EO: COURT ORDER ADMINISTRATIVELY CLOSING CASE

On January 29, 2013, this Court granted Plaintiff the State of Hawaii, ex rel. David M. Louie, Attorney General's ("Plaintiff") Motion for Certification of Question for Interlocutory Appeal Under 28 U.S.C. § 1292(b) and Motion to Stay Proceedings, filed on December 10, 2012.  Plaintiff's appeal of this Court's Order Denying Plaintiff's Motion to Remand and for Costs and Fees, filed November 30, 2012, is currently pending before the Ninth Circuit Court of Appeals.

In light of the stay and the pending appeal, this Court DIRECTS the Clerk's Office to close this case administratively.  The closure of this case is simply for administrative purposes and has no effect on the procedural or substantive rights of any party.  In particular, this Court explicitly notes that the administrative closure neither affects nor changes the filing date of this litigation in terms of the statute of limitations or for any other purpose.

Further, this Court DIRECTS the parties to file a motion to lift the stay within **fourteen days** after the filing of the Ninth Circuit's opinion ruling on the interlocutory appeal.  This Court will refer such motion to the magistrate judge and, after ruling on the motion to lift the stay, the magistrate judge will reset the trial date an other deadlines.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager