Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS
L. RICHARD FRIED, JR.     0764-0
PATRICK F. McTERNAN      4269-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433

BARON & BUDD, P.C.
S. ANN SAUCER, ESQUIRE (*Pro Hac Vice*)
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 521-3605

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, *EX. REL.* DAVID M. LOUIE, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., CHASE BANK USA, N.A. AND DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO.: 12- 00263 LEK-KSC<br>(Other Civil Action)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AND ALL PARTIES IN CIVIL ACTION 12-00263 LEK-KSC WITH PREJUDICE**<br><br>No trial date has been set |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AND ALL PARTIES IN CIVIL ACTION 12-00263 LEK-KSC WITH PREJUDICE

COMES NOW Plaintiff STATE OF HAWAII, *EX REL.* DAVID M. LOUIE, ATTORNEY GENERAL, by and through its attorneys, and hereby dismisses with prejudice all claims and all parties in this action only, Civil No. 12-00263 LEK-KSC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

As required by Rule 41(a)(1)(A)(i), Fed. R. Civ. P., no answer or motion for summary judgment has been filed in this action.

There are no remaining claims or parties.

It is specifically noted that this stipulation is for the dismissal of JPMORGAN CHASE & CO. and CHASE BANK USA, N.A. only, and not the dismissal of any other party ordered to file documents under this Civil No. 12-00263 LEK-KSC pursuant to the Order Reassigning Cases filed by Chief United States District Judge Susan Oki Mollway on June 14, 2012.

DATED: Honolulu, Hawaii, May 14, 2014.

                                              /s/ Patrick F. McTernan
                                              L. RICHARD FRIED, JR.
                                              PATRICK F. McTERNAN
                                              Attorneys for Plaintiff