UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII, ex. rel. David M. Louie, Attorney General,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>HSBC BANK NEVADA, N.A., Defendant in 1:12-cv-00266-LEK-KSC; et al.,<br><br>        Defendants - Appellees. | No. 13-15611<br><br>D.C. No. 1:12-cv-00263-LEK-KSC<br>U.S. District Court for Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered August 01, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Eliza Lau
                                      Deputy Clerk